UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BASTIAN SOLUTIONS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:23-cv-00198-JRS-CSW |
| ATTABOTICS, INC, | ) ) ) |
| Defendant. | ) ) |
| Accelerate360, LCC, | ) ) ) |
| Interested Party. | ) ) |

**ORDER ON SECOND AMENDED CASE MANAGEMENT PLAN**

This matter is before the Court on the Parties' *Joint Motion for Extension of Time* (Dkt. 59) and Plaintiff's *Motion for Leave to Extend Deadline to Serve Plaintiff's Expert Witness Disclosure* (Dkt. 60). The Court has previously extended case deadlines. (Dkt. 58).

Having reviewed the parties' *Motions*, the Court finds good cause for moderate extensions of the case management plan. Therefore, the *Joint Motion* (Dkt. 59) is **GRANTED IN PART** and **DENIED IN PART**. The Plaintiff's *Motion for Leave* (Dkt. 60) is **DENIED AS MOOT**. The Court now extends the case deadlines as follows:

| Event | New Deadline |
|---|---|
| Non-Expert Discovery | April 15, 2024 |
| Bastian's Expert Disclosure | April 22, 2024 |
| Dispositive Motion Deadline | May 3, 2024 |
| Attabotics' Expert Disclosure | May 20, 2024 |
| Final Exhibit/Witness Lists | June 3, 2024 |
| Expert Witness Discovery | June 3, 2024 |
| *Daubert* Motions | June 17, 2024 |

The jury trial remains as scheduled.

**SO ORDERED.**

Date: February 29, 2024

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all ECF-registered counsel of record.