April 22, 2024


Raymond Jamieson

Quarles & Brady


Re: Bastian Solutions, LLC v. Attabotics, Inc. [No. 1:23-cv-00198-JRS-CSW, Southern District of Indiana]


Dear Mr. Jamieson:


The following constitutes my report in the above-captioned matter. In preparation for this report, I have reviewed and analyzed the sources of information as shown in Appendix A of this report. In addition, I conducted an evaluation of images and videos from the installation facility, as well as a teardown inspection of the Attabotics robots.


All opinions and conclusions stated in this report are based on my work to date on this matter, as well as my background, education, training and experience, and are stated to a reasonable degree of engineering certainty. I reserve the right to supplement my report and testimony in light of new discoveries, including aspects of the produced voluminous records cited in Appendix A, and/or other evidence. At any deposition, trial or hearing at which I may testify in this matter, I may provide demonstrative aids, such as computer animations, excerpts, and figures from relevant references, and physical examples to assist in explaining the subject matter in my report.


I reserve the right to use demonstratives or other exhibits at trial to support my opinions in any of my expert reports and/or supplements thereto. I charge a rate of $700/hour for all work I perform in this matter. My compensation is not contingent upon my opinion. A copy of my CV is attached as Appendix C and a copy of my prior testimony list is attached as Appendix D.


Jason A. Janét, PhD

1

# Contents

1    INTRODUCTION................................................................................................5

    1.1    Document Scope & Organization ..........................................................5

    1.1    Recitals .................................................................................................6

        1.1.1    Bastian: ..........................................................................................6

        1.1.2    Attabotics: ......................................................................................6

    1.2    Qualifications........................................................................................7

    1.3    Right to Supplement..............................................................................7

2    ATTABOTICS SYSTEM OVERVIEW ...........................................................8

    2.1    Hardware Overview ...........................................................................8

    2.2    Software Overview.............................................................................13

3    FUNCTIONAL REQUIREMENTS, ELEMENTS, AND DEFICIENCIES..............25

    3.1    Functional Requirements ...................................................................26

    3.2    Select System Elements .....................................................................29

    3.3    Attabotics ASRS Deficiencies...........................................................30

4    EVALUATION OF ATTABOTICS ASRS REQUIREMENTS, ELEMENTS, AND DEFICIENCIES ..............................................................................................32

    4.1    Requirements, Elements, and Deficiency Relationships ....................32

        4.1.1    Nest ..............................................................................................34

        4.1.2    Pick Station .................................................................................35

        4.1.3    Ant ................................................................................................36

        4.1.4    Nexus Software............................................................................37

        4.1.5    Workstation Software...................................................................38

        4.1.6    Ant Firmware...............................................................................39

        4.1.7    Communication Systems ..............................................................40

    4.2    Detrimental Impact of Deficiencies on System Functionality .................41

5    TIMELINE OF ATTABOTICS ATTEMPTED ASRS INSTALLATION ...............43

6    PROTOTYPE QUALITIES OF ATTABOTICS ASRS ...................................45

6.1    POTENTIAL LACK OF TRANSPARENCY: VISIBILITY TO *SMARTSHEET* AND *HIVEMIND* .................................................................................................46

6.2    POTENTIAL LACK OF TRANSPARENCY: CAPACITOR BANK-RELATED FIRES/SMOKE .................................................................................................47

6.3    POTENTIAL LACK OF TRANSPARENCY: DRIVE MOTORS AND/OR GEARBOXES RELATED TO "RASH OF FAILURES" ....................................................48

6.4    COMPARISON TO AUTOSTORE .................................................................49

    6.4.1   *Storage Density* ...........................................................................49

    6.4.2   *5X Impact of a Blocked (Ant) Column* ........................................50

    6.4.3   *Number of successful installations* ..............................................50

6.5    ATTABOTICS NEST'S "COMPLETE DEGRADATION OF SERVICES" ............50

7    ATTABOTICS' ALLEGATIONS OF BASTIAN/A360 DEFICIENCIES ...............52

7.1    D365 WMS SOFTWARE .........................................................................52

7.2    SYSTEM DESIGN .....................................................................................52

    7.2.1   *Overall System Throughput* .........................................................52

    7.2.2   *High Velocity Area (HVA)* ...........................................................53

7.3    BASTIAN COMPONENTS ...........................................................................53

    7.3.1   *Ghost Tote* ....................................................................................53

    7.3.2   *Interface and Messaging Process* ................................................54

    7.3.3   *Lidding, Light Curtain and Project Management* .......................54

8    SUMMARY OF OPINIONS ................................................................................54

9    APPENDIX A – FILES REVIEWED ...................................................................56

9.1    GENERAL PLEADINGS (DELAWARE MATTER) .........................................56

9.2    GENERAL PLEADINGS (INDIANA CASE) ..................................................56

9.3    DEPOSITION AND DEPOSITION EXHIBITS .................................................56

9.4    BATES REFERENCED IN BASTIAN RESPONSE TO ATTABOTICS 04/15/24 #7 INTERROGATORY: ................................................................................58

9.5    NICOLE SCHIMPF INSPECTION 04/04/23 .................................................59

9.6    ATTABOTICS VIDEOS FROM ATTABOTICS WEBSITE: .............................59

9.7    ATTABOTICS DISCOVERY RESPONSES: ...................................................59

9.8      ATTABOTICS DOCUMENTS PRODUCED: ......................................................................59

9.9      A360 DOCUMENTS PRODUCED TO ATTABOTICS SUBPOENA: ...................................59

9.10     BASTIAN DOCUMENTS PRODUCED: ......................................................................59

9.11     BASTIAN DISCOVERY RESPONSES: ......................................................................59

9.12     PHOTOS ......................................................................................................60

9.13     JANET, JASON - 03-06-24 TO 03-08-24 ANTS INSPECTION DOCUMENTS – PHOTOS, VIDEOS ......................................................................................60

9.14     WORK PRODUCT ..........................................................................................60

9.15     SENT ON 04/21/24: ......................................................................................60

9.16     STANDARDS AND OTHER REFERENCES ...............................................................61

**10      APPENDIX B – CITED IMAGES ...............................................................62**

10.1     3D-PRINTED COMPONENTS ON DRIVE MOTOR ASSEMBLY ...................................62

10.2     3D-PRINTED COMPONENTS SUPPORTING ELECTRICAL CONTACTS .......................63

10.3     POSSIBLE 3D-PRINTED COMPONENTS SUPPORTING POWER LUGS .........................65

10.4     DRIVE MOTOR GEARBOX WITH LOOSE METAL FRAGMENT ...................................66

10.5     BOLTS AND FASTENERS RELY ON LOW-TO-MEDIUM STRENGTH THREADLOCKER .67

10.6     BELT-PULLEY SYSTEMS DRIVE CAMS AND LIFT MECHANISMS ............................68

10.7     LOOSE COMPONENTS FOUND IN ANT INTERIOR .......................................................69

10.8     LOOSE CONNECTOR .....................................................................................69

10.9     (CONDUCTIVE) DEBRIS FOUND IN ANT INTERIOR, NEAR CIRCUIT BOARD..............70

10.10    MINIMAL ASYMMETRIC TACK ADHESIVE APPLICATION TO CONNECTORS AND PCB .....................................................................................................74

10.11    POTENTIAL ERROR STATE DRIVE: MOTOR WHEELS INTERFERENCE .....................75

**11      APPENDIX C – CV ...............................................................................76**

JASON A. JANET, PH.D. ..............................................................................76

**12      APPENDIX D: TRIAL/DEPOSITION TESTIMONY LIST (2009 TO PRES) ........84**

# 1    Introduction

1. My name is Jason Janét. I have been retained by the Law Offices of Quarles & Brady LLP on behalf of Plaintiff, Bastian Solutions, LLC (Bastian). I have been asked to investigate certain issues related to an automatic storage and retrieval system (ASRS) manufactured by Defendant, Attabotics Inc. (Attabotics) that was installed at the facilities of Accelerate 360, LLC (A360). More specifically, I have been asked to opine on the functionality and performance of the ASRS and other aspects of the system related to my areas of expertise.

2. The opinions I provide herein are my own, and are based on my education, experience, training, and skill that I have accumulated over the course of my career; my factual research in this matter; and the information and materials I reviewed and considered in connection with the preparation of this report.

3. My opinions and their corresponding bases and reasons are set forth in this report. Briefly, and as explained in greater detail throughout this report, it is my opinion that, while Bastian and A360 followed through on their respective obligations and, while both provided every opportunity for Attabotics to deliver and succeed at the agreed-upon deliverables, Attabotics seemed to under-deliver, be potentially deceptive and derelict in its execution, and provide a pre-production system plagued with "negative reliability". [Roark Dep Rough, p101:14-15].

4. In addition to materials cited herein, Appendix A contains a list of materials I have considered in connection with forming the opinions I provide in this report.

## 1.1    Document Scope & Organization

5. This report provides my assessment to date of the robot warehouse installation effort, associated circumstances and results for A360, by Attabotics and Bastian. This assessment is made in light of industry standards, statements of work (SOW), integration agreement(s), correspondence records, and other means to establish the expected deliverables, performance and pertinent parameters.

6. It is my understanding that A360 provides, among other things, distribution and order fulfillment services. A360 operates (or previously operated) numerous facilities including an order fulfillment center located in Olathe, Kansas. At this facility, A360 stores inventory of various products, and fulfills orders from that inventory.

7. It is also my understanding that Bastian is a system integrator that contracted with A360 to design, integrate, and deploy a large-scale material handling system (the System) at the Olathe facility. Broadly, this system was intended to facilitate, in part, automated inventory storage, retrieval, and order fulfilment. To provide this capability, Bastian subcontracted with Attabotics to design, integrate, and deploy an ASRS manufactured by Attabotics (the Attabotics ASRS or "Nest").

## 1.1    Recitals

8. As a summary, Bastian and Attabotics agreed to the following: Refer to Exhibits 11, 12, and 13, for which I support the conforming ratings in the sections to follow in this document and by included references.

### 1.1.1    *Bastian:*

| | | Obligation | Conforming |
|---|---|---|---|
| | 2.1.1 | Serve as the "Integrator" and interface with A360; | YES |
| | 2.1.2 | Keep Attabotics informed of relevant communications with A360 involving the areas of work attributable to Attabotics; | YES |
| | 2.1.3 | Agree to extend Attabotics' scheduled delivery date if Attabotics delivery or performance is delayed due to the acts or omissions of Bastian; | YES |
| | 2.1.4 | Prepare the A360 Installation Site in a timely manner to meet the installation schedule agreed upon between the Integrator and Attabotics; | YES |
| | 2.1.5 | Provide Attabotics all necessary or appropriate access and easements | YES |
| | 2.1.6 | Permit Attabotics to make deliveries of materials and other items necessary or appropriate for the installation, while also providing a suitable storage and staging area in which to store such items pending their use; | YES |
| | 2.1.7 | Furnish, install, and/or bear the expense of any or all of the following work or services required for the timely performance of the Attabotics installation: | YES |
| 2.1.7.1 | | Prepare and keep clear the Installation Site, | YES |
| 2.1.7.2 | | Alter the Installation Site according to specifications provided by Attabotics in order to safely install and operate the Attabotics v5 robots, including making any site modifications that may be required with respect to a floor, ceiling or support structure, and | YES |
| 2.1.7.3 | | Provide electrical connections, heating, ventilation, air conditioning, compressed air, water, wiring and such other ancillary items as may be required. | YES |

### 1.1.2    *Attabotics:*

| | | Obligation | Conforming |
|---|---|---|---|
| | 2.2.1 | Serve as "subcontractor" to Bastian; | NO |
| | 2.2.2 | Supply to Bastian "an Attabotics Robotic Warehousing and Fulfillment System (the 'System') including Design, Engineering, Manufacturing, Installation and Commissioning of the System (the 'Project')"; | NO |
| | 2.2.3 | Provide to Bastian: | |
| 2.2.3.1 | | Technical documentation or data, | NO |
| 2.2.3.2 | | Product specifications, | NO |
| 2.2.3.3 | | Service or maintenance information, | NO |
| 2.2.3.4 | | Pricing | YES |

| 2.2.3.5 | | Information responsive to A360's requirement and/or request; | **NO** |
| 2.2.4 | | Take measures necessary, including the use of overtime or express freight, to meet the scheduled delivery date, all without additional cost to Bastian, in the event that Attabotics will be unable to meet the delivery schedule set forth; | **NO** |
| 2.2.5 | | Make the installation *operational*: | **NO** |
| 2.2.5.1 | | 50 Attabotics v5 robots ("Ants"), | **NO** |
| 2.2.5.2 | | Throughput: Average of 116 bin presentations/workstation, for each of five/eight workstations, with v5 robots ("Ants") prior to Go-Live (Aug 27, 2021),[1] | **NO** |
| 2.2.5.3 | | Availability: 98% of all required components, during operational hours, 9 hours/day, five days/week, with v5 robots ("Ants") prior to Go-Live (Aug 27, 2021); minimum testing duration at least one hour. | **NO** |

9.   Described in the following, it is my opinion that Attabotics provided non-conforming and defective goods and services, and that what was provided did not satisfy agreed-upon requirements. In contrast, Bastian provided all deliverables and services, and fulfilled its part of the agreed-upon requirements.

## 1.2    Qualifications

10.   My qualifications in robotics, automation, automated storage and retrieval systems (ASRS) and industrial control systems are set forth in my resume, which is in Appendix C. Also in Appendix C are summaries of my academic, education, industry experience, and expert witness consulting. Regarding expert witness consulting, shown in Appendix D, I have testified as an expert witness in approximately 80 litigation matters regarding intellectual property and contract disputes in venues that include, but are not limited to, the International Trade Commission, U.S. Federal/District Court, the USPTO PTAB, and international Court systems.

## 1.3    Right to Supplement

11.   In the event additional information comes to light that is relevant to my opinions, or further issues arise that concern the subject matter in this report, I expressly reserve the right to supplement, modify, or amend my opinions as well as the bases supporting my opinions. I also reserve the right to consider and comment on additional evidence that may be presented by opposing experts or parties.

12.   I further reserve the right to supplement and/or amend this report to submit a reply declaration based on any information or contentions expressed by opposing parties or experts attempting to rebut my opinions in this report.

13.   At any trial or hearing at which I may testify in this matter, I may provide demonstrative aids, such as computer animations, excerpts, and figures from relevant references, and physical examples to assist in

---

[1]   Date subsequently changed (by email) to first delivery of v5 robots by October 1, 2021 and complete fleet transition to v5 robots by the end of 2021. [Exs. 116, 117].

7

explaining the subject matter in my report. I reserve the right to use demonstratives or other exhibits at trial to support my opinions in any of my expert reports and/or supplements thereto.

## 2    Attabotics System Overview

14. Customer A360 provides, among other things, distribution and order fulfillment services. A360 operates (or has operated) numerous facilities including an order fulfillment center located in Olathe, Kansas. At this facility, A360 stored inventory of various products, and fulfills orders for that inventory.

15. Bastian is a system integrator that contracted with A360 to design, integrate, and deploy a large-scale material handling system (the System) at the Olathe facility. Broadly, this system was intended to facilitate, in part, automated inventory storage, retrieval, and order fulfilment. To provide this capability, Bastian subcontracted with Attabotics, to design, integrate, and deploy an ASRS manufactured by Attabotics (the Attabotics ASRS).

16. The Attabotics ASRS is a vertical storage and retrieval system, resembling a multi-level cube. Attabotics claims that it provides advantages in space *efficiency*, by stacking bins vertically to allow for dense storage, and *scalability* by employing a modular design. Attabotics also claims to provide advantages in order picking speed with its insight-driven approach to improve the flow of goods through rich data intelligence and AI/ML technologies. Attabotics claims that its ASRS is competitive with more established, high-performance cube storage ASRS systems like those manufactured by AutoStore and, presumably, Ocado. Attabotics has changed the name of some Attabotics ASRS components since the inception of the A360 litigation at-issue. For example, the "Nest" is now be referred to as "Gallery", "Ant" robots are now be referred to as "Attabot Blade" robots, "Nexus" software is now be referred to as "Weave", and "Pick Stations" and/or "Induction Stations" are now referred to as "Nodes". [www.attabotics.com].

17. The objective of this section is to provide a high-level overview of the Attabotics ASRS that describes the system's major hardware and software components and interfaces.

### 2.1    Hardware Overview

18. The Attabotics ASRS is comprised, in part, of individual shelf units that are arranged into vertical columns. A plurality of adjacent columns are bound together to form a large cuboid (i.e., rectangular prism) housing thousands of individual shelf units. This large 3D matrix of shelf units is referred to as the Nest. Each shelf



unit within the Nest is sized to accommodate regularly dimensioned storage bins/totes, such as the tote shown below. [NLS_0388.JPG, NLS_0389.JPG, NLS_0390.JPG, NLS_0377.JPG].

**Figure 1: Bin or tote, which may contain inventory, be stored in the Nest, and carried by Ant robots.**

19. The volume of the Nest is not entirely occupied by shelf units. Instead, vacant columns are dispersed throughout the Nest in a regular and specific pattern. This is an important design feature because it enables each shelf unit to be accessed individually and directly by Ant robots from a corresponding adjacent vacant column. A simplified illustration of the Nest is shown in Figure 2 from an overhead perspective, where the darkened squares represent vacant columns. [See NLS_0289.JPG, NLS_0290.JPG and NLS_0291.JPG].



20. The storage and retrieval of totes from within the Nest is facilitated by autonomous robots referred to as Ants. These robots are designed to traverse horizontally across the top-most surface of the Nest called the attic, and a vacant layer at the bottom of the Nest called, based on my understanding, the basement. The Ants are also capable of traveling vertically within the aforementioned vacant columns.

21. The Ants that Attabotics contractually agreed to deliver to Bastian for the A360 project were to be version 5 (v5), presumedly shown on the left in the figure below. [www.attabotics.com]. The Ants that were *actually* delivered to Bastian for the A360 project, and *remained* at the A360 project until it was terminated, were version 4 (v4), shown on the right in the figure below. [20240306_165703.jpg].



**Figure 3: Presumed Attabotics v5 Ant (left) and delivered Attabotics v4 Ant (right).**

22. In fact, the v4 Ants that Attabotics delivered to Bastian for the A360 project were not only of a previous version, they were also *used* robots, removed from a failed Attabotics ASRS installation at the facilities of Nordstrom, a former Attabotics customer. Furthermore, according to a former Attabotics employee, the Nordstrom v4 Ants were previously v3 Ants, apparently modified to version 4.3 in an effort overcome reliability issues that included fire risks, crashes, derailments, dead robots, motor gearbox problems, etc. [Roark Dep Rough, 09:48:02–09:58:44; 10:40:07–10:42:56; 11:11:01–11:11:16; 12:20:23–2:23:28; etc.]. For purposes of this document, I will use the term "v4" to broadly represent the version(s) Attabotics delivered and incorporated into the A360 installation and tests. The v4 Ants included the following drive and sensor components, shown in the following: [NLS_0321.JPG].



23. The Attabotics v4 Ant comprised at least the parts listed in the following "Attabotics A360 V4 Robot Parts List" [NLS_0323.JPG].



24. To access a tote at a given shelf unit, an Ant can be directed to travel from a current position within the Nest to a space in a vacant column that is adjacent to the shelf unit. An extendable arm on the Ant turret is then used to retrieve the tote, and secure it to the Ant. The Ant may then further mobilize to transport the tote for subsequent processing.

25. As illustrated in Figure 2, several workstations are positioned around the Nest, each comprising an HMI and a region through which Ants may pass for the purpose of presenting totes to an operator. Inventory can be inducted into the Nest at each of two Induction workstations. Orders may be fulfilled at each of eight Picking workstations.

12

26. During induction, incoming product is scanned by the operator, placed into presented totes, and subsequently stored within the Nest. To fulfill orders, Ants retrieve totes containing required product, and present those totes to the operator at a given Picking station. Operators subsequently pick the product(s) from the totes and place them into empty cartons as directed by the HMI and/or a Pick-to-Light system. Completed cartons are conveyed away for subsequent processing.

27. In addition to the operational sections of Attabotics ASRS, repair stations were constructed to enable onsite maintenance and repair of system elements. For example, the figure below shows a repair station with spare parts in the background, and an apparent queue of eight or more v4 Ant robots and three or more capacitor banks, some of which are shown in a disassembled state. [NLS_0336.JPG, NLS_0340.JPG, NLS_0339.JPG, NLS_0343.JPG].



## 2.2    Software Overview

28. In addition to the physical components, the Attabotics ASRS system is comprised of multiple software systems. Three software components described in this section include:

- Nexus software
- Attabotics' Interface Software
- Ant software

13

29. The names I am using for these three software components were identified by Attabotics employee Cyra Richardson during her deposition:

> Q. And hardware and mechatronics -- what is mechatronics just so that we all understand it? Because I've seen that thrown about in emails, and I have no idea what it means.
> A. Mechatronics is really this interaction between electronics, software and mechanical components, in -- typically in a robot, but it could be in automotive or aeronautics as well.
> …
> Q. Okay. And then the software, that would be like the Nexus system and its componentry?
> A. Well, there's actually two different pieces of software, potentially three different software components to consider. One is the software that's on the robot. And so you would typically call that an embedded system. And that's part of the mechatronics solution that's being delivered. There's the Nexus software, which orchestrates the robots and the structure that they're in. And there's also a component, I'm drawing a blank on the name, but it's effectively a bridge that connects back to accelerate a manufacturing execution system or their inventory system.
> …
> … Is it called the integrator system?
> A. Yeah, that's right.

[03-08-24 Deposition of Cyra Richardson, Rough, 21:6-22:13].

30. The interface software referenced by Ms. Richardson connects with Bastian's software component: Exacta. Although this section is primarily about Attabotics software, I provide the following overview of Bastian's Exacta software in order to contextualize my comments about the Attabotics integrator software.

31. Exacta software provided integration functionality to A360. As stated above, Exacta communicated with Attabotics software. It also communicated with A360's warehouse software known as D365. In this way, in addition to Exacta's other responsibilities, Exacta also served as the "broker" of the communication between Attabotics' Nexus software and A360's D365 warehouse software. This process was explained by Bastian witness Nancy LaMaster:

> Q And your job was to try to get the Nexus software to work with the other D365 Exacta and get it to do what the customer wanted?
> MS. NOWAK: Object to form.
> A It doesn't, per se, have to do exactly what D365

was sending to Exacta. It was more of Exacta conforming to what Attabotics had in their specs. I came to their spec, they did not come to ours.

Q So conforming the Exacta specs to Nexus software specs?

A Correct. If you look at the interface FSD between Attabotics and Exacta, and then you also look at the Attabotics manual that was provided to me, you're going to see the similarities between the two, because it is pretty much a copy/paste of their spec.

Q What was the Exacta software again, what did it do at the A360 site?

A We have what we call an import and export adapter that would communicate with the Nexus system to pass communications back and forth so they could display information to the user or pass back information of what the user completed in their system.

Q What about D365, what was their software responsible for or supposed to do?

A Their software was more of the WMS standpoint. They were passing the information to Exacta for Exacta then use that to route, as well as sending information to Attabotics' Nexus system to do their piece of the puzzle.

Q And, in general, with a WMS, which is warehouse management system; right?

A Uh-huh.

Q Is that something that's as simple as, like, tracking what's in the warehouse? I'm asking because I don't know what a WMS is, so I'm trying to kind of understand that.

A So they handle everything that is coming in and out of the warehouse there, your main source of truth. So if you want to know how much a product day is in the warehouse, you're going to be able to see that in your WMS. You're going to see all the POs that have come in from your vendors, and you're going to know which ones have been received, which ones are put away, where they're put away…

[03-22-24 Deposition of Nancy LaMaster, 102:24-104:21].

32. The Interface FSD referenced by Ms. LaMaster is a document that defined the interface between the Attabotics software and the Bastian software. The interface is necessary for the two components to be able to work together. Without a defined interface, the two software programs, from two different companies and engineering teams, would not be able to communicate in any reliable or meaningful way. The 7.0 version of this document states, "This Functional Specification Document (FSD) describes the methods for

15

interfacing the Exacta Warehouse Control System (WCS) with Attabotics Nest System." ["Bastian Solutions Exacta Interface FSD, Accelerate 360: Attabotics Nest Olathe, Kansas, Version 7.0, Effective March 24, 2021", BASTIAN_0035175 at 179].

33. An example interface defined by this document is the "Pick Order Complete" message. It is described in the Version 7.0 FSD as "Provides notification all transaction [sic] for an order are complete." The message[2] is meant to be sent from Attabotics' software to Exacta software when "Workstation operation complete and detects last transaction for an order, all operations or line completes have been sent or accepted." The document describes all the various data that should be sent back and forth as part of this instruction. [*Id.* at 195].

34. The FSD also provides data flow diagrams. The following diagram shows how pick operations and pick orders were to be completed:

**Figure 7: A360 Outbound Operations – Pick Transaction [Id. at 183].**

35. Each of the arrows in the preceding figure shows messages being sent between the components. Although not labeled, the dashed box in the middle of the figure represents Exacta software communicating with both the D365 software and the Attabotics software.

36. For example, one may note the "Pick Order" arrow labeled N11. This represents Exacta software communicating to Attabotics. The substance of the communication is that the Attabotics ASRS should

---

2  Although the document lists the following messages: "Putaway Order Complete", "Pick Order Complete", and "Eject Order Complete" messages, all three use an "Order Complete" message with a different value set for the type.

16

initiate a pick order. The first message sent from Attabotics to Exacta is "Pick (Operation) Confirmation," marked N4.

37. The FSDs agreed upon by Bastian and Attabotics changed over time, which is not unusual. [See, e.g., 03-22-24 Deposition of Nancy LaMaster, 134:12-14]. However, at least some changes to the FSDs occurred because Attabotics' software was incapable of tracking order status. According to Bastian witnesses, the Attabotics project was supposed to work like a "black box," but the Attabotics software could not operate in that kind of independent fashion.

Q· From a project management perspective, do you think it's good to assign a junior business systems analyst to a project of this type?
     MR. FLEMING:· Object to form, foundation.
A· It should not have mattered because this was a black box integration, is what we call it, and it should -- she would have done a fine job with it.
Q· Why shouldn't it have mattered?
A· Very little content, or originally very little of the work was going to be on the Bastian side.· Most of the software was supposed to be coming from the Attabotics side.· So there was very little risk in assigning her as the BSA for this.
Q· Can you explain what you meant there by "most of the software" was going to be on Attabotics?
A· Sure.· Yeah.· So when we contracted this, the original concept was, is that Attabotics would be doing -- they would be doing the bulk of the software type of work for their system, and we were just going to be, you know, providing them data and getting data back.· So it was going to be a very simple system.
     We found out over time that they couldn't do some of the things that they said that they could do, so we had to end up doing more

…

Q· What did Attabotics' software -- what was it not able to do that you believed that they said it could do?
A· Yeah.· So, you know, a very typical requirement in a system like this is being able to track order statuses and lot statuses and that type of thing. It's a supply chain requirement for most software like this.· My understanding is they couldn't do some of the requirements that were needed to fulfill our contract with A360.· So we ended up having to take more of that ourselves.· So that was why we had some of the revisions to the FSD.
[04-05-2024 Logan Marvin Deposition, 103:1-104:15].

17

38. These FSD changes appear to be reflected in part in the 7.2 version of the FSD. I note, for example, that the "Pick Operation Complete" includes a section of additional notes related to tracking inventory and redirection to the QC lane for manual processing.

1. Exacta will only send the following Reason Codes to D365 when received from Attabotics:
   a. 61 = Inventory Short (Not enough inventory in the Nest to complete order (Partial Fulfillment = True)
      i. Order for 20 Nest only has qty to fulfill 15 of Order
   b. 63 = Inventory Missing (User adjusted the inventory – Atta thinks there is inventory in the Nest)
   c. 64 = Inventory Damaged (Product is damaged and removed from Nest by FSE by end of day – SOP by Accelerate/D365 to handle once removed from Nest)
   d. 36 = Insufficient Resources (No Inventory at all)
      i. Order for 20 – Nest has qty of 0
      ii. This will come back as R36
      iii. No Carton ID will be received with this message.
      iv. Might be at Pick Order Complete and not Operation.

2. Exacta will route carton to QC/Exception Lane when the following Reason Codes are received from Attabotics:
   a. 36 – Manually cancel in Exacta?
   b. 61 – Inventory Short
   c. 62 – Inventory Unavailable
   d. 63 = Inventory Missing
   e. 64 = Inventory Damaged
   f. A71 = Tote Full
   g. A72 = Tote Damaged
   h. 90 = Hardware

3. Note that there will be a prefix beginning with either
   a. A (Adjust – Done by the user)
   b. R (Reject – Automatic by Nexus)
   c. C (Closed by FSE)

["Bastian Solutions Exacta Interface FSD, Accelerate 360: Attabotics Nest Olathe, Kansas, Version 7.2, Effective November 29, 2021", BASTIAN_0096987 at 70009].

39. Based on my understanding, this same problem may also be reflected in the following bug report:

Cartons not ejecting after pick is completed at Nest - Initial analysis performed is showing that ATTA is not sending Exacta the Eject message at Pick Complete - Random cartons (not all) are not ejecting after pick complete.

[ACCBAS00028860].

40. In addition to problems with integration, Attabotics software also had repeated failure in their software for running the nest (Nexus) and/or the software running the ants. For example, ants frequently fell withing the

18

Nest. As of at least January 2022, Attabotics was not entirely sure why. In "Root Cause Analysis," Attabotics believed that falls may have been caused by changes in the firmware (software for the ants). [ATTA_0025695 at 96].

41. Based on documentation of issues affecting Attabotics components from August 2021 through February of 2022, I have identified at least the following issues that are related to Ant or Nexus software issues:

- Deficient throughput of the delivery of orders (November 2020 volumes not met)

- Only 2 or 3 containers working at a time (out of 6)

- Batch numbers not sent from Nest for cycle counts

[ACCBAS00028860].

42. Based on documentation of issues affecting Attabotics components from January 2022 through March 2022, I have identified at least the following issues that are related to Ant or Nexus software issues:

- "Communication errors" that lead to blockages, ants out of service, and other complications

- Ants crashing

- Defective Ant routing

- Cycle count operation issues attributed to the Nexus software

- Nexus application crashing

[ACCBAS00030890].

43. It should be noted that these errors occurring in January through March overlap with the February 23, 2022 availability testing that Attabotics failed. [See, e.g., ATTA_0080588 – ATTA_0080590].

44. Other data suggests that these issues were prevalent over a substantial period of time. According to records kept during the time period between December 1, 2021 and February 15, 2022, the Attabotics system experienced a problematic reboot, workstation crash, and/or ant failure almost every day of operation from December 13, 2021 through February 15, 2022. [ACCBAS00028960]. A cumulative chart of these incidents is shown in the following figure.



45. Additional errors were purportedly fixed by Attabotics during the May and June 2022 timeframe. Although these errors claimed to have been fixed, the quantity and severity of the errors indicates that even in June 2022 the system was not stable. System anomalies included the following:

- Nest: Nest Lane 5 unavailable

- Nest: Nest Lane 3 down- ant communication error

- Nest: Nest Lane 6 offline due to ant communication error at station exit

- Nest: Blocked column - ant misspick

- Nest: Blocked Column - ant misspick

- Nest: Blocked Column ant OOS- Mechanical error

- Nest: Ant Collision in the attic

- Nest: Nexus Crash at 2:08pm

- Nest: Nexus Crash at 2:20

- Nest: Nexus Crash at 9:55am

- Nest: Nexus Crash at 11:14am

20

- Nest: Release 40 Testing- Nest Crash

- Nest: Nest Crash 9:19am

- Nest: Nexus Crash at 12:43pm

- Nest: Nexus crash at 7:35am

- Nest: Boxes not showing up at pick lanes

- Nest: Nexus Crash at 4:23pm

- Nest: Nexus Crash at 12:16pm

- Nest: Nexus Crash at 10:35am

- Nest: Nexus Crash at 7:21am

- Nest: Nexus Crash at 3:39pm

- Nest: Nexus Crash at 2:25pm

- Nest: Nexus Crash at 12:23pm

- Nest: Ant Mechanical Issue, 1 blocked column

- Nest: Nexus Crash at 2:53pm

- Nest: Nexus Crash at 12:39pm

- Nest: Put to Light on Nest Lane 4 not working

- Nest: Nexus Crash at 10:04am

- Nest: False Derail at Nest Lane 4

- Nest: Nexus Crash at 1:56pm

- Nest: Nexus Crash at 11:39am

- Nest: Ant Issue at Nest Lane 6

- Nest: Ant with Communications Issue

- Nest: Ant with Communications Error at Nest Lane 4

- Nest: Nexus Crash at 11:49am

- Nest: Nexus Crash at 9:53am

- Nest: Ant stuck at Nest Lane 1 due to a navigation error

21

- Nest: 1 ant OOS at Nest Lane 1, will require a restart

46. Notably, in the same time period, there is only one bug assigned to Exacta.

47. According to documentation, it appears that crashes were significant disruptions. Several sources illustrate the time required to recover from these kinds of issues. One witness reported, "The Nexus crashed two times today [May 3, 2022] and was down for a total of one and a half hour each time." [ATTA_0018865-66]. Another email from A360, dated May 7, 2022, references regular disruptions every Monday. "And finally, this is just one in a series of Monday morning problematic starts since January… Each Monday morning is like a gut punch for us…" [ATTA_0019465].

48. Somewhat strangely, in my opinion, Attabotics seems to believe that this is normal behavior for this type of system. When confronted with this report of the Attabotics system being down for 3 hours during a single day, Attabotics witness Shawn Needham testified:

> Q  You certainly expect the system to operate
> without two crashes for a total of three hours
> of operational downtime, that's your
> expectation?
> A  So my expectation of mechanical systems is that
> they will operate, but they also will have
> downtime. So downtime, especially when you have
> software involved, you can expect that to
> happen.

[04-03-2024 Deposition of Shawn Needham].

49. Moreover, despite the fact that the ants had maintenance issues nearly constantly, Attabotics did not permit third-parties to provide service for them and did not even have materials to provide customers for their own technical support. [ATTA_0018887-88].

50. Beyond the bugs that were present in the system that led to general system unreliability, the system also struggled with scalability. Although the system was meant to be able to handle up to 50 ants (which is the number of ants Bastian and Attabotics purchased), the system had problems once it got above 30 or so. This scalability issue is almost certainly related to software issues and is reflected, at least in part, in some of the bugs related to communications, memory management and routing discussed above. My observation is supported by the testimony of Cyra Richardson. She explained that she had concerns about even testing the system with the "extreme" number of ants (50). It is notable that Ms. Richardson called 50 ants an "extreme" number, notwithstanding that Attabotics was contractually required to provide 50 ants for the project.

> Q.  What -- again, looking at Mark's email [July 22, 2022],
> and he says, "I was just chatting with Rohullah
> about moving forward with the Sphere updates at
> A360." What are Sphere updates at A360?
> A.  So at one point to get around the
> Maestro problems, which were the communication
> problems that we had on the V4s we switched to

22

Sphere, which was a Microsoft technology for letting IOT devices communicate.

Q.   Okay. He asks you some questions -- well, he goes on, "He mentioned that you wanted to test out..." I read that as "...approximately 50 or so before that because of the sensitivity of the site." Is he talking you wanted to run a test on 50 ants?

A.   That is correct, yes. I wanted to run a test at the extreme number of ants only because we would never really run 50 ants normally, but this would sort of show a system under stress.

…

… before this we had a firmware update that caused the crash that we talked about in the previous email, which was a packet that was malformed and caused the issue. And I just wanted to, moving forward, be very cautious about any firmware updates to make sure that we could test them at the site.

…

Q.   Right. Then you write, "The hardware team provided a firmware update which we thought was innocuous. They did not share that a previously malformed packet was now being accurately sent, example, low power." What is a malformed packet?

A.   So every communication system has -- think of it as an envelope and the message in the envelope. If the envelope is incorrectly structured, you can't process -- you can't read the contents of the message. And in this case the envelope was incorrectly structured, and so it couldn't be read.

Q.   Okay. Then you write in bold, "In fact, this storm..." in bold red, "In fact, this storm took down the A360 site for 4 hours 3 days in a row. The customer was furious - and rightly so. So I'm trying to up my game in terms of caution."

…

Q.   You go on in the final sentence and you say, "But these guys are trying to run 50 robots - and I want to make sure that we understand how Nexus plus this new firmware will operate with these large numbers." By "these guys," you're talking about Accelerate wanted to run 50 robots, correct?

A.   That's correct.

23

[03-08-24 Deposition of Cyra Richardson, Rough, 129:17-132:22].

51. Ms. Richardson also explained that "memory leaks" were a problem that impacted scalability. A "memory leak" is a type of software defect that has to do with resource management. A computing system has a generally fixed amount of memory. Memory is necessary for performing computing operations. By way of analogy, a desk is a certain amount of physical space on which users can store items for processing. But if the user does not put away documents or other items when finished, the desk will fill up until there is no usable space left. Similarly, when software uses memory, that memory is marked as "in use" and remains so-marked until explicitly de-designated. If the software programmer forgets to remove the "in use" marking, the memory may become "lost". If this happens repeatedly, the memory available to the program shrinks (like the space on the messy desk). This process has been called a "memory leak" by programmers because the available memory seems to be leaking out. A memory leak continues until all space is exhausted and the software crashes or otherwise becomes unusable because the program has no more space in which to do its work.

52. According to Ms. Richardson, the ant robots experienced a memory leak related to the number of transactions they were processing. Because a memory leak happens when memory is used (and not released or cleaned-up), the greater *use* of the system results in more memory leaking. The more memory leaks, the faster the system reaches an unusable state. Ms. Richardson explains how this happened with the ants.

> A.   So one of the ways that memory leaks manifest in software is by higher numbers of transactions. So as you add more robots, you're adding more bin transactions. And that is exposing memory leaks faster. So this was just pointing out that we have about 30 robots in the system. We have weekly crashes. When we have 40, it's daily.
> Q.   And this goes back to that conversation we had earlier where you were seeing as you increase the number of robots within the A360 system, more incidents of crashes, correct?
> A.   That's correct.

[03-08-24 Deposition of Cyra Richardson, Rough, 138:13-25].

53. Moreover, the email document referenced in Ms. Richardson's deposition states that the Attabotics software was not in good condition, had not been tested well, and was not in any condition to scale. The email from Ms. Richardson was entitled "Staffing for Refactor Notes 9/6/22." A "refactor" is a term used by software engineers to refer to a rewrite of code which largely does not change functionality but is, instead, meant to increase robustness, stability, and maintainability. Ms. Richardson, in this email, states the following:

- Software testing is inadequate with only about 30% of the code being tested automatically instead of 80 or 90%. In her own words, "which means that we have lots of manual testing which means our test passes take a long time and tell us very little about the quality of the product."

- Too many crashes, with references to daily crashes when robots is greater than 40

- Fragile software, meaning that "fixing" one thing causes more problems elsewhere. As Ms. Richardson says, "[a]s we made fixes in one component, new components that were protected by the crash, expose new components to stress they had not previously experienced."

- And finally, Ms. Richardson concludes, **"We likely cannot scale** – to the size of the systems we are selling with the code in the state that it is in now." (Emphasis added).

[ATTA_0103520-23].

54. Ms. Richardson's email analysis about the software issues within the Attabotics software is consistent with the wide range of bugs and defects seen within the system. Thus, based on the available evidence, it appears that the Attabotics software was not reliable, scalable, or robust. It does not appear to have been ready for a project as large as the A360 project.

### 3    Functional Requirements, Elements, and Deficiencies

55. The development of robotic and automation systems like the Attabotics ASRS are guided by functional requirements. Simply stated, functional requirements are a set of statements that articulate desired functionality that a given system should be capable of fulfilling, once fully deployed.

56. The number of functional requirements typically increases in proportion to the complexity of a system. Relatively simple systems may be guided by a few, high-level, functional requirements. More complex systems will augment high-level fundamental functional requirements with additional requirements directed at an increasingly narrow scope corresponding to various elements and subsystems.

57. Engineering best practice in *design methodology* for robotic and automation systems direct that functional requirements should be clearly documented, traceable to documented assumptions and/or customer requirements, based on a well-developed understanding of the problem, and serve as the basis for all design elements. Contemplating the merits or deficiencies of a given system from this paradigm is helpful. It provides visibility to the relationship between requirements and system elements and informs an understanding of how impaired performance of a given element can impact the ability of a system to fulfill requirements.

58. The objectives of this section include providing relevant lists of the Attabotics ASRS functional requirements, associated elements, and deficiencies, as revealed from produced documents and my own investigation. These are contained in Sections 3.1, 3.2, and 3.3, respectively. In a subsequent section, these lists are analyzed using the design methodology framework to inform how defects/deficiencies of the Attabotics ASRS impair function.

### 3.1    Functional Requirements

Fundamentally, functional requirements address one of the most basic questions that can be asked about a system: *What is this system supposed to do?* The objective of this section is to answer this question with an elevated degree of formality in the context of the Attabotics ASRS.

Numerous documents reviewed throughout the course of my investigation help answer this question. These documents describe capabilities that the ASRS should possess. While it is beyond the scope of this section to provide a comprehensive list of these functions, it will be helpful to note some of the high-level functional requirements that are fundamental to the basic and pragmatic operation of the Attabotics ASRS.

Select functional requirements needed for the basic and pragmatic operation of the Attabotics ASRS are delineated in Table 1. An additional representation of these requirements is provided in Figure 9. Both formats are helpful. The table format includes additional descriptions for some functions. The figure depicts the functional requirements in a diagram commonly referred to as a function tree. This diagram depicts the relationship between various functions and can be used to determine the dependency of one function on another.

In reviewing Table 1 and Figure 9, note that the functional requirements have been grouped into categories, identifiable by different colors. Each color group represents a collection of functions that are associated with a particular high-level activity: functions associated with fulfilling orders are green; functions associated with achieving throughput and availability targets are yellow; and a function requiring robust exception handling is purple. All of these functions contribute toward fulfilling the ultimate function of the Attabotics ASRS: automating order fulfillment, which is represented with gray.

**Table 1: Select Attabotics ASRS Functional Requirements.**

| ID | Function | Additional Comments |
|----|----------|---------------------|
| F01 | Automate Order Fulfillment | |
| F10 | Induct / Replenish Nest Inventory | |
| F11 | Identify Induction Product | |
| F12 | Designate Tote for Product Storage | |
| F13 | Present Tote for Induction | |
| F14 | Dispatch Ant for Retrieval | |
| F15 | Retrieve Tote | |

26



| F16 | Transport Tote to Induction Workstation |
| F17 | Store Tote in Nest |
| F18 | Designate Storage Location |
| F19 | Transport Tote to Storage |
| F20 | Dispense Tote |
| F30 | Fulfill Orders |
| F31 | Present Product for Order Fulfillment |
| F32 | Review Order Data |
| F33 | Identify Tote for Order Fulfillment |
| F34 | Dispatch Ant for Retrieval |
| F35 | Retrieve Tote |
| F36 | Transport Tote to Outbound Workstation |
| F37 | Direct Picking Task |
| F40 | Achieve Throughput & Availability Targets |
| F41 | Optimize Nest Logistics to Exhibit Target Inbound & Outbound Rates |
| F42 | Maintain Target Availability |
| F50 | Robust Exception Handling |



**Figure 9: Function Tree for Select Attabotics ASRS Functions.**

28

## 3.2    Select System Elements

The Attabotics ASRS is comprised of many elements—mechanical, electrical, software, sensing, and other mechatronic elements. Some of these have particular relevance to the functions of Section 28: their existence in the Attabotics ASRS is intended to contribute substantively to fulfilling one or more functional requirements.

For example, the functional requirement of retrieving totes is accomplished, in part, by Attabotics' Ants. A comprehensive list of all system elements is beyond the scope of this report. But, elements of particular relevance to the present matter and the functions of Section 3.1 are itemized in Table 2.

**Table 2: Select Attabotics ASRS System Elements.**

| ID | Element | Additional Comments |
|---|---|---|
| E1 | Nest | |
| E2 | Induction Station | |
| E3 | Pick Station | |
| E4 | Ant | |
| E5 | Tote | |
| E6 | Nexus Software | |
| E7 | Integrator Software | |
| E8 | Workstation Software | |
| E9 | Ant Firmware | |
| E10 | Communication Systems | |

29

### 3.3    Attabotics ASRS Deficiencies

65. Throughout the course of my investigation, I have reviewed numerous documents related to the operation and testing of the Attabotics ASRS. Some of these documents include for example, internal Attabotics communications, communications involving Bastian and A360, and deposition transcripts of Attabotics personnel. In these documents the parties describe problematic Attabotics ASRS behavior, defective Attabotics ASRS elements, areas of non-conformance of the Attabotics ASRS with testing requirements, and deficiencies of the Attabotics ASRS design.

66. While it is beyond the scope of this section to catalogue these types of unfavorable Attabotics ASRS attributes comprehensively, I have provided a list of some of the unfavorable attributes that are most relevant to the functions of Section 3.1 and elements of Section 3.2. The specific associations between the functions, elements, and unfavorable attributes are described in a subsequent section.

**Table 3: Select Attabotics ASRS Defects & Deficiencies.**

| ID | Deficiency | Additional Comments | Example Source(s) |
|---|---|---|---|
| **D1** | Second-Hand Ants Used with System | | Roark Dep. Rough, p82:1-2; Bastian Dep. Ex. 45, 83, 118, 133; |
| **D2** | Ant Bolts Prone to Loosening | | Bastian Dep. Ex. 45, 83, 118, 133; |
| **D3** | Ant Connectors Prone to Loosening | | Appendix B, 10.8; Bastian Dep. Ex. 84; |
| **D4** | Ant PCB Prone to Fouling and/or Short-Circuiting | | Appendix B, 10.9 |
| **D5** | Gearbox Deficiencies | | Roark Dep. Rough, p173:5-17; Bastian Dep. Ex. 83, 84; ACCBAS00030980; Appendix B, 10.4 |
| **D6** | Drive Lift Mechanism Prone to Mobility Failure | | Appendix B, 10.11 & 10.6 |
| **D7** | Drive Wheels Prone to Interference and Mobility Failure | | Appendix B, 10.11 |
| **D8** | 3D-Printed Capacitor Charger Components not Production Grade | | Appendix B, 10.2 |

| | | | |
|---|---|---|---|
| **D9** | 3D-Printed Wheel Drive Motor Assembly Components not Production Grade | | Appendix B, 10.1 |
| **D10** | Reliance on 8-Axis Motor Synchronization for Ant Vertical Travel | | Roark Dep. Rough, p102:22-24; |
| **D11** | Rapid Wear of Critical Ant Components | | Roark Dep. Rough, p100:8-12; Bastian Dep. Ex. 62, 84, 117; |
| **D12** | Drive Cables Prone to Shorting | | Roark Dep. Rough, p97:23 - p98:1; |
| **D13** | Defective Camera Firmware | | Roark Dep. Rough, p93:21 – p94:2; Roark Dep. Rough, p94:12-13; |
| **D14** | Inherent Limitations of Capacitor-Power Bank | | Roark Dep. Rough, p134:4-6; |
| **D15** | Nest Structural Defects | | Roark Dep. Rough, p113:15-20; Bastian Dep. Ex. 79, 80, 135, 136; ACCBAS00030980; |
| **D16** | Defective Ant Firmware | | Roark Dep. Rough, p126:25 – p127:7; Bastian Dep. Ex. 83, 86, 88, 122; |
| **D17** | Deficient Pick Station Ant mobility | | Roark Dep. Rough, p142:16 - p143:12; |
| **D18** | Deficient Pick Station Memory Management | | Roark Dep. Rough, p148:3-13; Bastian Dep. Ex. 139; ACCBAS00030980; |
| **D19** | Deficient HMI Credential Management | | Bastian Dep. Ex. 139; |
| **D20** | Deficient Scaling Capability | | Roark Dep. Rough, p151:8-13; Bastian Dep. Ex. 89; |
| **D21** | Light Curtain Prone to False Positive | | Bastian Dep. Ex. 31, 59, 68; ACCBAS00030980; ACCBAS00040706; Roark Dep. Rough p144:15-194:9 |

| D22 | Deficient Exception Handling | | Roark Dep. Rough, p222:20 – p224:17;<br>Bastian Dep. Ex. 72, 82, 83;<br>ACCBAS00030890; |
|---|---|---|---|
| D23 | Deficient Routing | | Bastian Dep. Ex. 125.<br>ACCBAS00030980;<br>ACCBAS00030890;<br>ACCBAS00040706;; |
| D24 | Deficient Ant Communication Network | | Bastian Dep. Ex. 18, 83;<br>ACCBAS00030980; |

## 4    Evaluation of Attabotics ASRS Requirements, Elements, and Deficiencies

The functional requirements, system elements, and deficiencies of the Attabotics ASRS presented in Section 28 may be evaluated using principles of engineering design. Best practice in engineering design methodology directs that functional requirements serve as the basis for all system elements. Therefore, each element of a system should be traceable to one or more functional requirements that the element is intended to fulfill. Accordingly, a deficiency or defect presenting in a given element may impair a corresponding system function.

In light of the preceding, the objectives of this section are to present the relationships between the Attabotics ASRS requirements, elements, and deficiencies listed in Section 28, and to document examples of how these deficiencies have impaired Attabotics ASRS functionality.

To this end, Section 4.1 shows how the requirements, elements, and deficiencies of the Attabotics ASRS are related to one another. This information is conveyed in a largely graphical manner that concisely shows which functions of the Attabotics ASRS are affected by various deficiencies. Then, Section 4.1.2 provides examples of impaired Attabotics ASRS functionally.

### 4.1    Requirements, Elements, and Deficiency Relationships

The Attabotics ASRS elements listed in Section 3.3 have particular relevance to the functions of Section 3.1: their existence in the Attabotics ASRS is intended to contribute substantively to fulfilling one or more functional requirements. For example, the Ants (element **E04**) contribute, at least in part, to fulfilling the function of Retrieving Totes (function **F15**). Thus, element **E04** is *traceable* to function **F15**. This relationship is graphically illustrated in Figure 4.1.



**Figure 10: Example Element & Function Relationship.**

71. Moreover, recall that dependencies exist between various functional requirements. These were illustrated in the Function Tree shown previously in Figure 9. One may observe from the Function Tree that the function of Presenting Totes for Induction (function **F13**) depends on the successful completion of Retrieving a Tote (function **F15**). Therefore, the Ant element has a *direct* relationship with function **F15** and an *indirect* relationship with function **F13**, since **F13** depends on **F15**. Additional dependencies include Inducting / Replenishing Nest Inventory (**F10**), and Automating Order Fulfillment (**F01**). These direct and indirect relationships are graphically illustrated in Figure 11.



**Figure 11: Example Element & Function Relationship with Function Dependencies.**

72. Understanding the relationship between a given element and the functions it affects is helpful. It provides a basis for evaluating how an element deficiency/defect may impair the overall functionality of a system. For example, given the relationship illustrated previously in Figure 11, one may understand that an Ant deficiency could inhibit the fulfilment of function **F15**, and have a detrimental impact on all the other functions which depend on **F15**.

73. One such deficiency is that some Ant fasteners are prone to loosening (deficiency **D02**). Figure 11 can be augmented as illustrated in Figure 12 to show the relationship of deficient Ant fasteners to the element it affects, and finally to the functions that are impacted by the deficiency.



**Figure 12: Example Element, Function, and Deficiency Relationship.**

33

74. In the following subsections, diagrams similar to those shown in the preceding example are presented for select Attabotics ASRS elements and deficiencies. These provide a concise overview of which Attabotics ASRS functions are impacted by various deficiencies.

### 4.1.1    Nest



### 4.1.2    Pick Station



### 4.1.3    Ant



### 4.1.4    *Nexus Software*



### *4.1.5    Workstation Software*



### 4.1.6    Ant Firmware



### *4.1.7    Communication Systems*



### 4.2    Detrimental Impact of Deficiencies on System Functionality

The results of the preceding section demonstrate a relationship between Attabotics ASRS deficiencies and the functional requirements the Attabotics ASRS should fulfill. A failure or defect of a single element, such as an Ant, can inhibit fulfillment of basic and fundamental functions.

The extent to which Attabotics ASRS deficiencies impair functions can be appreciated by considering documented behavior and characteristics of the Attabotics ASRS over time. To this end, Table 4 provides a list of behaviors that exemplify partial or complete failures of the Attabotics ASRS to fulfill the basic and pragmatic functional requirements.

**Table 4: Inhibited Functionality Examples of the Attabotics ASRS.**

| ID | Deficiency | Additional Comments | Source(s) |
|---|---|---|---|
| S1 | Failure to Pass Acceptance Tests | Acceptance tests sanctioned by A360 included performance metrics associated with throughput and availability. Availability tests sanctioned by A360 did not meet test targets. | Bastian Dep. Ex. 45, 70, 74, 75, 125, 127, 129, 130;<br>ATTA_0015469 – 71;<br>ATTA_0016460 – 64;<br>ATTA_0080588 – 90;<br>BASTIAN_0012675 – 77;<br>BASTIAN_0096267;<br>BASTIAN_0096273; |
| S2 | Failure to Operate Nest with 50 Ants | Failure to operate at production throughput and availability with 50 Ants in the Nest. | Bastian Dep. Ex. 31, 64, 79, 89, 95, 122, 125, 127, 128, 129, 130, 140, 142, 143;<br>Logan Dep., p17:4-8;<br>ACCBAS00040706;<br>ATTA_0016377 – 79 |
| S3 | Inhibited Throughput | Reports of inhibited throughput. | Roark Dep. Rough, p146:18 - p147:5;<br>Bastian Dep. Ex. 85, 120, 123, 128, 140;<br>ACCBAS00028960;<br>ACCBAS00030890; |
| S4 | Generic Nexus Issues | Nondescript, but undesirable Nexus behavior. | Roark Dep. Rough, p55:9-18;<br>Bastian Dep. Ex. 120, 125, 128; |
| S5 | Product Inaccessibility | Frequent (i.e. daily / weekly) product inaccessibility within the Nest because of one or more columns in state of disrepair or blocked. | Roark Dep. Rough, p104:8-16;<br>Roark Dep. Rough, p118:6-17;<br>Roark Dep. Rough, p128:24 – p129:2;<br>Bastian Dep. Ex. 92, 125, 135;<br>ACCBAS00030980;<br>ACCBAS00030890;<br>ACCBAS00040706; |

| S6 | Workstation Anomalous Events | Anomalous and disruptive events at Induction and/or Pick stations include being in an inoperative or inhibited. | Roark Dep. Rough, p55:9-18; Bastian Dep. Ex. 17, 59, 72, 81, 82, 86, 87, 95, 120, 125, 139; ACCBAS00028960; ACCBAS00030980; ACCBAS00030890; ACCBAS00040706; |
|---|---|---|---|
| S7 | Required System Restart/Reboot | Frequent system reboot required. System recovery from anomalous state facilitated by full system reboot (e.g. restarting Nexus). This remediation method causes undesirable delay (approx. 5 minutes), detrimentally impacting productivity. | Roark Dep. Rough, p110:10-23; Roark Dep. Rough, p147:15 – p148:2; Bastian Dep. Ex. 31, 81, 82, 84, 89, 92, 95, 124, 125, 127, 139; ACCBAS00028960; ACCBAS00030980; ACCBAS00030890; ACCBAS00040706; |
| S8 | Nest Failure | Nest wholly inoperative (i.e. "Nest down", "Nest Crash"). | Bastian Dep. Ex. 17, 69, 76, 81, 84, 87, 95, 124, 125, 126, 127, 129, 130; ACCBAS00030980; ACCBAS00030890; ACCBAS00040706; |
| S9 | Missed pick | Missed cycle counts | Bastian Dep. Exs. 92, 135; ACCBAS00030890; |
| S10 | Ants Failing to Queue | Ants not queuing at workstation lanes. | Bastian Dep. Ex. 94, 121, 126, 140; ACCBAS00030890; |
| S11 | Ant Disrepair Exceeds Repair | The rate at which Ants were pulled from service because repairs were required could exceed the rate Ants could be repaired and returned to service. | Roark Dep. Rough, p161:21 - p162:1; Roark Dep. Rough, p182:8-15; Roark Dep. Rough, p213:22 – p214:2; Bastian Dep. Ex. 20, 31, 32, 77, 122, 128; |
| S12 | Ants Trapped at Pick Station | Ants in Pick Station queue are trapped (i.e. immobilized) during events when Ant ahead in queue fails. That is, working Ants could not be rerouted without intensive manual intervention This circumstance inhibits the pick process. | Roark Dep. Rough, p142:16 – p143:12; Bastian Dep. Ex. 16, 18, 31, 81, 121, 127, 129, 130, 135; ACCBAS00030890; |
| S13 | Dead Ants | Stuck, immobile, or otherwise unresponsive Ant, possibly due to power depletion. | Roark Dep. Rough, p55:9-18; Roark Dep. Rough, p176:22-25; Bastian Dep. Ex. 16, 18, 31, 81, 121, 127, 129, 130, 135; ACCBAS00028960; ACCBAS00030980; ACCBAS00030890; ACCBAS00040706; |
| S14 | Stuck Ants | Ants can get wedged/stuck in Nest due to mechanical interference. | Roark Dep. Rough, p72:3-14; Bastian Dep. Ex. 122, 135, 135.1-2; ACCBAS00030890; |

| | | | |
|---|---|---|---|
| **S15** | Ants "Going Rogue" | Weekly frequency of Ant crashing into other Ants due to motor failure or failure to acquire mark. Can result in cascading Ant crashes. | Roark Dep. Rough, p107:7-25; Roark Dep. Rough, p108:12 - p109:18 (referencing Video Ex. 134.1); Roark Dep. Rough, p111:7-12; Bastian Dep. Ex. 81; |
| **S16** | Ant Falls | Daily frequency (5-8 times/day) of Ants falling while traveling vertically in Nest columns (Z travel). Catastrophic damage to Ants, Nest columns, and/or Nest bins requiring replacement of column railings, replacement of bins, and rebuilding of robot. | Roark Dep. Rough, p72:3-14; Roark Dep. Rough, p102:4-9; Roark Dep. Rough, p103:11-15; Roark Dep. Rough, p104:8-16; Roark Dep. Rough, p127:8-22; Bastian Dep. Ex. 18, 31, 80, 89, 122, 135, 135.1, 137, 141; ACCBAS00030980; ACCBAS00030890; |
| **S17** | Ant Derailment | Daily frequency of Ants derailing and possibly crashing while traveling on the Nest attic or basement (X-Y travel). | Roark Dep. Rough, p55:9-18; Roark Dep. Rough, p95:12-14; Roark Dep. Rough, p98:1-5; Roark Dep. Rough, p104:17 – p105:3; Roark Dep. Rough, p105:15-18; Roark Dep. Rough, p119:14-16; Roark Dep. Rough, p164:7-8; Bastian Dep. Ex. 17, 18, 20, 80, 82, 94, 95, 122, 125, 135, 140, 141; ACCBAS00030980; ACCBAS00030890; ACCBAS00040706; |
| **S18** | Ant Collisions | Incidents of Ant collisions. | Roark Dep. Rough, p107:7-25; Roark Dep. Rough, p108:12 - p109:18 (referencing Video Ex. 134.1); Bastian Dep. Ex. 17; |
| **S19** | Ant Communication Failure | Communication between Nexus and Ant fails or is otherwise faulty. | Bastian Dep. Ex. 125; ACCBAS00030980; ACCBAS00030890; ACCBAS00040706; |

## 5    Timeline of Attabotics Attempted ASRS Installation

- **March 18, 2020** – Attabotics' Proposal to Bastian and A360 – Ex. 3, R. 30(b)(6) Dep. of Attabotics
- **June 12, 2020** – Integrator Agreement between Attabotics and Bastian executed – Ex. 6, R. 30(b)(6) Dep. of Attabotics
- **September 24, 2020** – Attabotics and Bastian present to A360 – Ex. 104, Dep. of Shawn Needham (attaching proposal).
- **December 18, 2020** – System Agreement between A360 and Bastian – Ex. 14, R. 30(b)(6) Dep. of Attabotics; BASTIAN_0097734 – BASTIAN_0098062.
- **December 21, 2020** – Date of Purchase Order from Bastian to Attabotics – Ex. 12, R. 30(b)(6) Dep. of Attabotics, at ATTA_0072754 – ATTA_0072757; BASTIAN_0098064 – 0098067.
  - References: (1) Integrator Agreement; (2) Statement of Work dated December 21, 2020 (Ex. 13, R. 30(b)(6) Dep. of Attabotics); and (3) Appendix H Acceptance Testing dated

43

December 16, 2020 (Ex. 11, R. 30(b)(6) Dep. of Attabotics, at ATTA_0061118 – ATTA_0061137).

- **February 26, 2021** – Attabotics approves Functional Specification Documents – Exs. 57, 58, Dep. of Matt Thorp (approving FSDs); Ex. 59, Dep. of Matt Thorp (signed approval dated March 8, 2021)
- **March 22, 2021** – June 21, 2021 – Attabotics Site Installation Period per SOW – Ex. 13, R. 30(b)(6) Dep. of Attabotics, § 5.0, at 4.
- **June 22, 2021** – August 6, 2021 – Attabotics Testing Period per SOW – Ex. 13, R. 30(b)(6) Dep. of Attabotics, § 5.0, at 4.
- **July 1, 2021** – Actual Go-Live for Bastian portion of A360 System – ACCBAS00015384 – ACCBAS0015385
- **August 7 – August 26, 2021** – Customer Acceptance Testing Period per SOW – Ex. 13, R. 30(b)(6) Dep. of Attabotics, § 5.0, at 4.
- **August 27, 2021** – Go Live per SOW – Ex. 13, R. 30(b)(6) Dep. of Attabotics, § 5.0, at 4.
- **August 30 – Beginning of Ramp-Up Period per SOW** – Ex. 13, R. 30(b)(6) Dep. of Attabotics, § 5.0, at 4; *id.* § 8.0 at 15.
- **September 2, 2021** – A360 criticizes Attabotics for Nest failures – Ex. 16, R. 30(b)(6) Dep. of Attabotics
- **September 14, 2021** – Attabotics announces "Tiger Team" – Ex. 17, R. 30(b)(6) Dep. of Attabotics
- **November 24, 2021** – End of Ramp-Up Period per SOW – Ex. 13, R. 30(b)(6) Dep. of Attabotics, § 5.0, at 4; *id.* § 8.0 at 15.
  - o Attabotics committed to 6+ hours operation per day, 98% availability
- **January 31, 2022** – "The site is running so bad, I would not want to take a potential client there. We lose 5-10 robots every day." Shawn Needham, Attabotics' Global VP of Sales, Ex. 122, Dep. of Shawn Needham.
- **February 2, 2022** – Attabotics suggest further delaying acceptance testing to fix its software – Ex. 45, Dep. of Mark Dickinson
- **February 23, 2022** – Attabotics fails first availability testing – ATTA_0080588 – ATTA_00805590; ATTA_0016460 – ATTA_0016464
  - o Triggers 90-day cure period in the System Agreement between A360 and Bastian
- **March 3, 2022** – Attabotics passes throughput testing – Ex. 74, Dep. of Matt Thorp
  - o Under the SOW, Attabotics was required to pass this testing by August 26, 2021, but was unable to pass prior to March 3, 2022. *See*, *e.g.*, Ex. 45, Dep. of Mark Dickinson.
- **March 15, 2022** – Deadline for A360 Project to achieve System Acceptance under Article 9.3 of the System Agreement.
- **May 24, 2022** – Deadline to cure failed acceptance test under Article 5 of the System Agreement.
- **May 27, 2022** – A360 notifies Attabotics and Bastian of 48.8% uptime during simulated availability test – ATTA_0016377 – ATTA_0016379
- **July 5, 2022** – A360 sends Notice of Default under System Agreement
- **July 19, 2022** – Attabotics fails second availability test – BASTIAN_0012675 – BASTIAN_0012677
- **July 20, 2022** – Attabotics fails third availability test – ATTA_0015469 – ATTA_0015471
- **July 21, 2022** – Attabotics fails fourth availability test – ATTA_0015660 – ATTA_0015666
  - o 9 ants had emergency stops during the test, and the Attabotics Nest was only operational for 1.5 to 2 hours that day. Exs. 129, 130, Dep. of Shawn Needham.
- **July 29, 2022** – A360 terminates System Agreement and files Complaint against Bastian in Delaware

44

## 6  Prototype Qualities of Attabotics ASRS

77. While I applaud Attabotics' attempts to innovate and compete, and while I find myself intrigued by aspects of their design concepts, the Attabotics system was not sufficiently developed beyond the prototype or, at best, beta-level, before it was sold to A360 and Bastian. As one of many examples, the Nordstrom facility from which the A360 v3v4 Ants originated communicated to Attabotics that "reliability was the concerns". [Roark Dep Rough 10:02:34AM]. The delivered and deployed v4 Ants and Nest system continued to lack product refinement throughout the installation process. In reviewing the body of produced documents in this case, I encountered scores of examples of unfavorable Attabotics ASRS behavior, some of which I have cataloged in the preceding sections, including Section 3.3 *Attabotics ASRS Deficiencies*, as well as Appendix B.

78. Further evidence of the low-performance of the v4 Ant is shown in an email from Matthew Thorp to Bastian and Attabotics colleagues. The subject line of this email was "Attabotics v4-v5 comparison, and it included an attachment entitled *Attabotics – V5 robot.pdf*. The pdf acknowledged that "The Version 4 (V4) was an improvement over the V3 robot…but still contained performance deficiencies." [Ex. 117].



79. Not only do I believe that these under-developed aspects substantially impaired the overall performance of the Attabotics ASRS, I suspect that they adversely affect(ed) the working relationships between Attabotics and Bastian and A360. Specifically, there are multiple instances of Attabotics' lack of transparency in communicating with the prime contractor, Bastian, and customer, A360. Among these examples are:

### 6.1 Potential Lack of Transparency: Visibility to *Smartsheet* and *Hivemind*

80. *Smartsheet* and *Hivemind* appear to be Attabotics error logging databases. While it is possible that I have overlooked produced Smartsheet and Hivemind documentation, at this writing I do not recall seeing records from either. However, I noticed multiple instances where Attabotics said it was "root-causing" issues [Ex 129, ATTA_0011485] and, further, found what appears to be a checklist for when Ants entered triage with the following. [NLS_0382.JPG].



81. Attabotics also indicates that "Nest and Nexus data is stored in the Azure cloud, and on site in the Attabotics server cabinet. The data is accessed via a credible user name and password combination maintained by Attabotics. Ants generate logs and telemetry, and that data is consolidated in the Azure data storage center for analysis and review." [2023-10-30 Attabotics' Answers and Objections to Bastian's First Set of Interrogatories]. However, without the data from these incident logging resources, it is very difficult not only to root-cause a problem, but also to convey findings to Bastian and/or A360. If these records were not furnished, it suggests a lack of transparency, which is bound to delay issue resolution and strain a working

relationship. Regardless, I reserve the right to supplement my testimony based on additional disclosures such as the Attabotics *Smartsheet* and *Hivemind*.

## 6.2   Potential Lack of Transparency: Capacitor Bank-Related Fires/Smoke

[Ex 36] and [Dep Roark Rough] detail Attabotics' awareness that its capacitor bank "are the likely area of the origin of the failure within the robot" that resulted in a fire at the Nordstrom facility. While this was eventually disclosed to A360 on January 26, 2022, and later described as a "root cause (that) could not be determined" [ATTA_0134077] on February 10, 2022, Attabotics then deliberated about how or whether to disclose the truth, and how to portray the corrective actions almost five months after the initial disclosure. See, for example, Kelly Cuddihy's internal email to Attabotics' colleagues.

John Roark discussed the same Nordstrom fire, admitting that the A360 robots had the same capacitor bank components that caught fire on an Ant robot as it traveled down a column, that "burned the structure and shut down the facility for a week for water damage." [Roark Dep Rough, 10:01:33AM – 10:02:10AM]. Mr. Roark also described another "thermal event" at the Canadian Tire project, as "smoke, no fire" while the "Ant was charging". [Roark Dep Rough, 10:41:22AM – 10:42:20AM]. Mr. Roark also provides testimony on the aforementioned email from Kelly Cuddihy to Attabotics' colleagues about how to untruthfully "(tell) the A360 team that there was a recall from the vendor even through there wasn't…" and/or that Attabotics is "retiring the old version, …upgrading their system to the latest chargers, as current ones will not be supported as of X." [Roark Dep Rough, 1:09:21PM – 1:11:48PM].



Ultimately, Attabotics decided to re-cast their corrective actions regarding the "thermal event" prone capacitor bank as an "upgrade".

85.    Notably, the V4 version of the Ants that experienced thermal events and other issues at Nordstrom were repurposed by Attabotics and supplied by Attabotics on the A360 project, without disclosure to either A360 or Bastian, and notwithstanding that all of the Ants that were to be supplied by Attabotics were required to be V5 Ants.

### 6.3    Potential Lack of Transparency: Drive Motors and/or Gearboxes Related to "Rash of Failures"

86.    As with the aforementioned capacitor bank failures, Attabotics was not transparent in its communications regarding issues with Ant drive motors and/or gearboxes. For example, Attabotics' John Hickman privately acknowledged a "rash of failures at A360 in Q1" to other Attabotics colleagues. Mr. Hickman also acknowledged that Attabotics was describing the problem to the A360 team as a gearbox problem, for which Attabotics would install "new gearboxes", but went on to admit to his colleagues "it's really not the gearbox... but I know we want to keep them focused on the simple solution" [ATTA_0143321].



87.    John Roark seemed to speak to the same general problem, by attributing Ant derailments to the "gearboxes". It is not known if Mr. Roark's testimony maps "derailments" to the aforementioned "rash of problems". And it is not clear why Mr. Hickman states that the problem is "really not the gearbox". For this reason, one might conclude that there were two different types of problems that were attributed to the drive motor and/or gearboxes. Regardless, Mr. Roark explains that "the gearboxes were getting misaligned", causing

"derailment" and "crashes". [Roark Dep Rough, 2:09:28PM – 2:12:52PM]. In any event, it would not be accurate for Attabotics to describe its efforts to address gearbox issues as an "upgrade."

## 6.4    Comparison to AutoStore

88. Documents disclose that Attabotics compares itself to established, global ASRS entities like AutoStore. [ATTA_0056342;    ATTA_0056810–ATTA_0056811;    ATTA_0061609;    ATTA_0134286– ATTA_0134287]. While it appears true that the Attabotics tote/bin provides a higher capacity than the AutoStore (and Ocado) tote/bin (i.e., higher volume per bin presentation), other operational and structural comparisons are questionable.

### 6.4.1    Storage Density

89.



90.

91. Furthermore, given the alarming Ant attrition rate demonstrated in the availability tests, particularly if any columns are blocked (discussed below), it would seem that the Attabotics ASRS yields significantly lower storage density.



### 6.4.2 *5X Impact of a Blocked (Ant) Column*

If an AutoStore column is blocked, only one column of totes is blocked until it is freed. In contrast, if an Attabotics shaft is blocked by, for example, a "rogue Ant", **four** columns of totes are blocked. See below where Figure 2 is modified to show how a single blocked Ant column, marked with a red "X", removes access to four adjacent columns. The consequence of a blocked AutoStore column is $1/5^{th}$ the consequence of a blocked Attabotics column. See, for example, [Roark Dep Rough, 129:24–25] to understand the duration of such blocked columns, as well.

### 6.4.3 *Number of successful installations*

AutoStore's market cap exceeded $15B in 2022, and has a market cap of almost $5.5B, as of April 2024. Despite the decline, this is profoundly larger than Attabotics, and indicative of its global success. Also indicative, Bastian worked with AutoStore on more than 100 installations. See, for example, [Marvin Logan Dep, p 8-9].

> 24. Bastian frequently partners with AutoStore?
> 23· A· Yes.
> 24· Q· Regularly?· Can you quantify about how many
> 25· · ·projects per year Bastian does with AutoStore?
> 1· A· I couldn't tell you per year.· We just ended up
> ·2· · ·doing our hundredth one -- we're working on our
> ·3· · ·hundredth with them right now

Additionally, Chuck Rowe describes Bastian's familiarity with AutoStore, indicating that AutoStore had pre-established standard processes, unlike Attabotics. [Rowe Dep. 69:13, 71:4-18, 71:22, 72:5-9 ,72:20 73:14, 73:17-22, 74:12, 75:24, 112:3-23].

### 6.5 Attabotics Nest's "Complete Degradation of Services"

Perhaps the most significant indication that Attabotics ASRS system more resembled a prototype than a production-grade offering is found in Bill Volz's summary "of the Attabotics Nest and its complete degradation of services" during a test in July of 2022, many months after the system's Go-Live Date, more than a year after installation commenced, and more than two years after Attabotics proposed its ASRS to Bastian and A360. [Ex. 129, ATTA11487- ATTA11489]. Aside from the failed test by an ASRS sold as competitive with the likes of AutoStore, it is important to note that this test lasted less than 20 minutes, and that over the course of seven hours of attempted operation, started with 48 Ants (44 Ants in service and four in standby), ended with 15 Ants (15 Ants in service and 35 Ants out of service (estimated)), and had six events that triggered halted operations, shut downs and/or restarts. Mr. Volz's chronicle is shown below:

| Time | Event | Nest Operations |
|---|---|---|
| 8:30 AM | Normal Operations at Nest<br>Picking / Decanting begins | 44 Ants in service / 4 in standby |
| 9:00 AM | Normal Operations at Nest<br>*Systems Acceptance Test initiated - Observation of system performance | 44 Ants in service / 4 in standby |
| 9:10 AM | Normal Operations at Nest<br>*Attabotics launched 1 additional Ant into service | 45 Ants in service / 3 in standby |
| 9:18 AM | Normal Operations halted at Nest due to 9 Ants out of service and flagged with eStops, in addition to a blocked column. | 36 Ants in service / 3 in standby / 9 out of service (estimated) |
| 9:29 AM | Attabotics communicates that a Maintenance Window is required to resolve the service failures, and are reviewing logs to determine outage period required | N/A |
| 9:41 AM | Attabotics reports that they required and estimated window of 1.5 to 2 hour maintenance period to address service failures | N/A |
| 9:30 - 10:00 AM | A360 completes picking of orders in-process, but not impacted by 9:18am service failures. All in-process orders impacted by the service failures ejected and routed to QC Workstation (16 containers) | 36 Ants in service / 3 in standby / 9 out of service (estimated) |
| 10:06 AM | Attabotics enters Maintenance Windows and communicates an ETA of 12:00 noon to return the system to A360 Operations | N/A |
| 11:55 AM | Attabotics reports that 12:00 noon timeline will not be met and outage needs to be extended by 20 minutes (estimated) | N/A |
| 12:19 PM | Attabotics reports that the 12:20pm timeline will not be met and outage needs to be extended by 15 minutes (estimated) | N/A |
| 12:30 PM | Attabotics reports Nest is back up and ready for Operators | *No report from Attabotics on available Ants |
| 12:30 - 1:00 PM | A360 assigns 4 operators (2 Pickers / 2 Decanters)<br>16 containers sent to QC from earlier service failure processed and completed | *No report from Attabotics on available Ants |
| 1:09 PM | A360 inquires on status of system, reporting that NL 1, 2, and 3 don't seem to be working and are reporting orders with no Operator logged in | *No report from Attabotics on available Ants |
| 1:19 PM | Attabotics reported that NL1 has no tote assigned<br>Attabotics reports that they are looking at NL2 and NL3. Ants are supposed to enter charge loop but are malfunctioning and not moving. ATTA investigating | *No report from Attabotics on available Ants |
| 1:28 PM | Attabotics reports that NL3 is down with 7 Ants impacted. Requires a full Nexus System restart to resolve (i.e. entire system shut down / restart) | *No report from Attabotics on available Ants |
| 1:36 PM | Attabotics reports that NL2 is down with 6 Ants impacted. Requires a full Nexus System restart to resolve (i.e. entire system shut down/restart) | *No report from Attabotics on available Ants |
| 1:37 PM | Attabotics reports that NL1 is down with 6 Ants impacted. Requires a full Nexus System restart to resolve (i.e. entire system shut down/restart) | *No report from Attabotics on available Ants |
| 1:37 PM | Attabotics reports that there are 27 Ants remaining available | 27 Ants in service / 23 out of service (estimated) |
| 1:44 PM | Attabotics requests a system shut-down / maintenance Windows<br>A360 denies request until all QC orders can be finished | N/A |
| 2:38 PM | Decant 1 workstation down (6 Ants impacted and unrecoverable without full restart) | 21 Ants in service / 30 out of service (estimated) |
| 3:15 PM | A360 inquired about reports of an Ant problem in the attic<br>Attabotics reports that they are attempting to recover an Ant in the attic | 21 Ants in service / 30 out of service (estimated) |
| 3:21 PM | Attabotics reports that 15 Ants are available to the System | 15 Ants in service / 35 out of service (estimated) |
| | *Decrease that accounts for the 6 Ants impacted by Decant 1 failure | |
| 3:29 PM | A360 reports that attempts to complete orders unsuccessful - Ants not delivering product in any semblance of an acceptable throughput, and the system sitting in a wait mode (spinner icon on screen). Since ability to complete work is essentially halted, A360 informs Attabotics to take the system down and begin maintenance | *from the customer's perspective, there are essentially "0" Ants in service at this point as no order processing at Nest can be completed. |

## 7    Attabotics' Allegations of Bastian/A360 Deficiencies

### 7.1    D365 WMS Software

96. Attabotics asserts that A360's D365 software caused some of the problems with getting the system to work successfully. Specifically, they claim that:

> a. The WMS software was repeatedly unable to provide accurate data related to inventory dimensions, replenishment quantities, and SKUs for assignment to the Attabotics structure.
>
> b. The WMS had constant issues with inventory availability and assigning products to the Nest.
>
> c. The WMS did not provide notice of product inventory entering the system, and the system was not able to properly sync the inventory, which caused other problems and required additional labor.
>
> d. The inventory replenishment faults caused systemic issues downstream.
>
> e. A360 or Bastian often failed to load the system properly, thus reducing the overall system throughput rate.
>
> f. Midway through the project, A360 elected to change implementation consultants of the WMS platform for unknown reasons. This too caused additional delays.
>
> [2023-10-30 Attabotics' Answers and Objections to Bastian's First Set of Interrogatories].

97. Despite these allegations, I have not seen any evidence presented to support that any of these complaints, even if they are correct, have any bearing on the hardware and software issues I have identified in this report. In reviewing documents, including Attabotics' internal communications, I have not seen references to these kinds of defects being caused by D365 software or other issues associated with A360. Based on my training and experience, I would not expect these kinds of issues to affect whether or not Ants fall out of the Nest, Ants collide, the Nexus software fails, or any of the other catastrophic failures that caused shutdowns and delays in the operations of the system. Rather, from both my professional experience and the evidence available to me at this point, the failures identified in this report are the result of design and implementation issues in Attabotics software and hardware.

### 7.2    System Design

#### 7.2.1    Overall System Throughput

98. Attabotics claims that the A360 "System was poorly engineered or designed." And "[o]verall system throughput and functional area flow was seemingly not a consideration during the design phase. This poor design meant that later, on-the-go field changes and modifications were required to ensure the system would operate." [2023-10-30 Attabotics' Answers and Objections to Bastian's First Set of Interrogatories].

99. Throughout my professional tenure, I have been involved in the design, fabrication, deployment, modification, and support of scores of material handling and fulfillment systems, including, but not limited to, multi-billion-dollar operations such as Smith pharmaceutical distribution, aerospace production, and fulfillment facilities such as Transdigm, Smith, etc.

100. In reflecting on my past experiences with automation and order fulfillment systems, and comparing them to the system proposed by Bastian, it is my opinion that Attabotics' claim that the "[overall] system was poorly engineered or designed" is entirely baseless. To the contrary, my review of the overall Bastian system as represented in the proposal, and review of design documents and other documentation related to the Olathe facility indicates to me that the overall layout and envisioned product flow was entirely appropriate for the application, and the ancillary equipment both upstream and downstream of the Attabotics ASRS were likewise appropriate.

101. In my opinion, the extent to which the overall system exhibited poor system throughput, as alleged by Attabotics, was attributable, most materially, to the deficiencies of the Attabotics ASRS.

### 7.2.2    High Velocity Area (HVA)

102. Attabotics also claims that "Initially, the System lacked a "fast pick" area to handle high velocity SKUs in an adjacent and separate area from the Nest so as to not cause the Nest to operate outside of its original design capacities. This design flaw persisted throughout most of the project, and was identified by Attabotics, not by the designer or Bastian, shortly before installation was complete." [2023-10-30 Attabotics' Answers and Objections to Bastian's First Set of Interrogatories].

103. It is my opinion that such a claim from an ASRS provider is ironic, for lack of a better word. First, the general purpose of an ASRS is to handle the high throughput SKUs. For example, the retail ASRS systems I provided under RxMedic and Parata were valuable to pharmacy operations because they handled 60%-80% of the fulfillment tasks, even though they stored less than 10% of the inventory. That an ASRS system needs an adjacent high velocity area (HVA) diminishes, if not defeats, the value of that ASRS. Second, it is my understanding that the A360 HVA was *dissociated* from the Nest. [ACCBAS00027660 - ACCBAS00027661], and, unlike the Attabotics ASRS, was successfully deployed. [ACCBAS00027653 - ACCBAS00027662; ACCBAS00029120, ACCBAS00029123, ACCBAS00029126, ACCBAS00029139, etc.].

### 7.3    Bastian components

### 7.3.1    Ghost Tote

104. Attabotics claims that "a 'ghost tote' issue, caused by a Bastian software bug, plagued the system. [2023-10-30 Attabotics' Answers and Objections to Bastian's First Set of Interrogatories]. It is my understanding that the "ghost tote" issue was not a systemic fault, but rather an improper configuration setting. Moreover, my understanding is that the manifestation of the improper configuration was limited to a single pick-lane of five. It is also important to note that the ghost tote (or phantom tote) issue was resolved by Bastian by 4/13/2022, and classified as closed by 4/24/2022. [ACCBAS00039947 row 292]. Thus, the many issues

that Attabotics was dealing with in May and June 2022, some of which I have detailed in this report, could not possibly be related to the ghost tote issue.

### 7.3.2    Interface and Messaging Process

105. Attabotics also claims that "Bastian's interface and messaging process had several material issues. For example, the tracking logic, used to identify and maintain order totes on adjacent roller conveyors required constant maintenance, repair, and attention from Bastian personal." [2023-10-30 Attabotics' Answers and Objections to Bastian's First Set of Interrogatories]. It is my opinion that this is a baseless, conclusory statement. As discussed in my overview of the Software, the changes to Bastian's interface and messaging were necessary in order to deal with deficiencies on Attabotics' part. Because Attabotics could not track inventory, Bastian believed they had to adjust their own system to compensate. It is also notable that none of the interfaces discussed in the FSDs changed in a way that Attabotics would need to deal with. As also discussed in the overview, Bastian adjusted their system to handle additional error codes but no or minimal changes were made to the messages sent to Attabotics.

### 7.3.3    Lidding, Light Curtain and Project Management

106. Bastian also claimed that there were problems with Bastian's lidding and documentation insertion machines, light curtain system and overall project management. [2023-10-30 Attabotics' Answers and Objections to Bastian's First Set of Interrogatories].

107. As a general means to address these, none were serious issues, none rendered the system unable to operate or perform as required. My understanding about the alleged lidding and document insertion machine faults is that the lidding machine had glue gun seizures due to low volume, which would go away with standard operation that remained unrealized due to Attabotics' acceptance test failures and overall downtime. Additionally, the document insertion relied on high-speed commercial printers with pick and place robots; regarding July 19, 2022, the test printers did not receive proper spool-up procedures, causing a 5-minute delay, which temporarily and non-catastrophically impacted performance.

108. Regarding the alleged light curtain problem, Attabotics placed blame on A360 employees for passing through and triggering light curtain errors, but did not recognize that light curtain triggers may also have been caused by the Ants' cargo.

109. Based on the numerous documents I reviewed as part of this matter, my opinion is that Bastian's project management not only has a phenomenal reputation, given the aforementioned 100+ installations, but also given the meticulous and tactful nature of their engagement with Attabotics. Stated earlier, Bastian advocated and supported Attabotics, even when it became obvious that the Nest and Ants were under-developed and under-performing.

## 8    Summary of Opinions

110. Based on the body of work I have performed in this case up to this point in time, the documents, media, and data I have reviewed, my analysis of the Attabotics ASRS, my education, experience (both academic and professional), and training and knowledge as a mechanical engineer, industrial engineer, electrical and

54

computer engineer and experienced industry subject matter expert, I have formulated preliminary opinions in this matter to a reasonable degree of engineering certainty. The information utilized in performing my analyses and upon which I have based my opinions is the type of information other experts in my field would reasonably rely upon.

111.    Summaries of my key opinions follow:

(1)    The software supplied by Attabotics was defective and unreliable, and incapable of functioning in a system of 30+ Ants without repeatedly crashing.

(2)    None of the Ants supplied by Attabotics were the V5 Ants promised by Attabotics, and the Nest and V4 Ants actually supplied by Attabotics were defective and unreliable.

(3)    The software and hardware supplied by Attabotics was not commercially proven and, in fact, the deficiencies in both bear all the hallmarks of an undisclosed prototype system.

(4)    Attabotics' lack of transparency in disclosing systemic issues with its supplied software and hardware contributed to delay and undermined the parties' working relationship.

(5)    The software and hardware supplied by Bastian (with exception of components provided by Attabotics) to A360 was not the cause of the failure of the A360 project, and Bastian and A360 followed through on their respective obligations on the project.

## 9   APPENDIX A – FILES REVIEWED

### 9.1   General Pleadings (Delaware Matter)

1.   A360 Complaint (unredacted version)

### 9.2   General Pleadings (Indiana Case)

2.   011 - Bastian - Amended Complaint (1).pdf
3.   011 -1- Ex A (1) - Intergrator Agreement.pdf
4.   011-2- Ex B (1) - 03-18-2020 Attabotics Agenda.pdf
5.   011-3- Ex C (1) - Schedule A .pdf
6.   011-4- Ex C-1 (1) - Appendix A .pdf
7.   011-5- Ex C-2 (1) - 03-13-2020 Appendix H .pdf
8.   011-6-Ex D (1) - DE Complaint 07-29-2022 Redacted.pdf
9.   026 - Bastian - Motion for Summary Judgment.pdf
10.  026-1 - Exhibit A - Declaration of M. Logan.pdf
11.  026-2 - Exhibit A-1 - INTERGRATOR AGREEMENT - 06-12-2020.pdf
12.  026-3 - Exhibit A-2 - System Agreement 12-18-2020.pdf
13.  026-4 - Exhibit A-3 - schedule A .pdf
14.  026-5 - Exhibit A-4 - Purchase Order 12-21-2020.pdf
15.  026-6 - Exhibit A-5 - Attachment H - 12-18-2020.pdf
16.  026-7 - Exhibit A-6 - DE Complaint 07-29-2022 - REDACTED.pdf
17.  026-8 - Exhibit A-7 - 08-17-2022 ltr to Gravelle from Q&B.pdf
18.  027 - Bastian - Brief in Support of MSJ.pdf
19.  029 - Bastian - Preliminary Witness and Exhibit List.pdf
20.  030 - Attabotics - Witness and Exhibit Lists.pdf
21.  031 - Attabotics Motion to Deny or Defer Consideration of Bastian's Motion for Partial Summary(81458434.1).pdf
22.  032 - Attabotics Brief in Support of Motion Under Rule 56(D)(81459278.1).pdf
23.  039 - Attabotics Answer to Amended Complaint.pdf
24.  040 - Attabotics - Appendix in Support of Attabotic's Response to Bastian's Motion for Summary Judgment with Exhibits.pdf
25.  041 - Attabotics - Response to Bastian's Motion for Partial Summary Judgment.pdf
26.  050 - Attabotics Surreply.pdf

### 9.3   Deposition and Deposition Exhibits

27.  Roark, John 04-12-24 - Exh 134.1 - 4.1 ATTA0137167Confidential_Pdf.mp4
28.  Cuddihy, Kelly - 03-14-24 - Dickinson, Mark - 01-18-24 - Exh 20.pdf
29.  Cuddihy, Kelly - 03-14-24 - Dickinson, Mark - 01-18-24 - Exh 12.pdf
30.  Cuddihy, Kelly - 03-14-24 - Dickinson, Mark - 01-18-24 - Exh 21.pdf
31.  Cuddihy, Kelly - 03-14-24 - Exh 100 - 36. ATTA0101952.pdf
32.  Cuddihy, Kelly - 03-14-24 - Exh 101 - 37. ATTA0070166.pdf
33.  Cuddihy, Kelly - 03-14-24 - Exh 87 - ATTA0025027.pdf
34.  Cuddihy, Kelly - 03-14-24 - Exh 90 - 2.a. ATTA0067010.pdf
35.  Cuddihy, Kelly - 03-14-24 - Exh 91 - 3. ATTA0078033.pdf
36.  Cuddihy, Kelly - 03-14-24 - Exh 92 - 10. ATTA0066819.pdf
37.  Cuddihy, Kelly - 03-14-24 - Exh 93 - ATTA0006058.pdf
38.  Cuddihy, Kelly - 03-14-24 - Exh 94 - ATTA0013005.pdf
39.  Cuddihy, Kelly - 03-14-24 - Exh 95 - 14. ATTA0055720.pdf

40.     Cuddihy, Kelly - 03-14-24 - Exh 96 - 21. ATTA0099063.pdf
41.     Cuddihy, Kelly - 03-14-24 - Exh 97 - 27. ATTA0101923.pdf
42.     Cuddihy, Kelly - 03-14-24 - Exh 98 - 29. ATTA0015962.pdf
43.     Cuddihy, Kelly - 03-14-24 - Exh 99 - 35. ATTA0015911.pdf
44.     Cuddihy, Kelly - 03-14-24 - full with exhibits.pdf
45.     Cuddihy, Kelly - 03-14-24 -Dickinson, Mark - 01-18-24 - Exh 2.pdf
46.     LaMaster, Nancy 03-22-24 - _Rough.pdf
47.     LaMaster, Nancy 03-22-24 - Full with exhibits PDF.pdf
48.     LaMaster, Nancy 03-22-24 Exh 17 - Bastian_069026-069242.pdf
49.     LaMaster, Nancy 03-22-24 Exh 18.pdf
50.     LaMaster, Nancy 03-22-24 Exh 19.pdf
51.     LaMaster, Nancy 03-22-24 Exh 20.pdf
52.     LaMaster, Nancy 03-22-24 Exh 21.pdf
53.     LaMaster, Nancy 03-22-24 Exh 22.pdf
54.     LaMaster, Nancy 03-22-24 Exh 23.pdf
55.     LaMaster, Nancy 03-22-24 Exh 24.pdf
56.     LaMaster, Nancy 03-22-24 Exh 25.pdf
57.     LaMaster, Nancy 03-22-24 Exh 26.pdf
58.     LaMaster, Nancy 03-22-24 Exh 27.pdf
59.     LaMaster, Nancy 03-22-24 Exh 28.pdf
60.     LaMaster, Nancy 03-22-24 Exh 29.pdf
61.     LaMaster, Nancy 03-22-24 Exh 30.pdf
62.     LaMaster, Nancy 03-22-24 Exh 31.pdf
63.     LaMaster, Nancy 03-22-24 Exh 32.pdf
64.     LaMaster, Nancy 03-22-24 Exh 33.pdf
65.     LaMaster, Nancy 03-22-24 Exh 34.pdf
66.     LaMaster, Nancy 03-22-24 Exh 35.pdf
67.     LaMaster, Nancy 03-22-24 Exh 36.pdf
68.     LaMaster, Nancy 03-22-24 Exh 37.pdf
69.     LaMaster, Nancy 03-22-24 Exh 38.pdf
70.     LaMaster, Nancy 03-22-24 Exh 39.pdf
71.     LaMaster, Nancy 03-22-24 Exh 40.pdf
72.     Lempa, Tyler 03-20-24 -with exhs Full PDF.pdf
73.     Logan, Marvin 04-05-2024 Full with exhibits.pdf
74.     Needham, Shawn 04-03-2024 Full with exhibits.pdf
75.     Padgett, John 04-11-24 - Full with Exhibits.pdf
76.     Richardson, Cyra 03-08-24 - Exh 78 - 1. A LinkedIn.pdf
77.     Richardson, Cyra 03-08-24 - Exh 79 - 10. ATTA0080883.pdf
78.     Richardson, Cyra 03-08-24 - Exh 80 - 14. ATTA0025695.pdf
79.     Richardson, Cyra 03-08-24 - Exh 81 - 22 2022.03.02 ATTA0004449.pdf
80.     Richardson, Cyra 03-08-24 - Exh 82 - 23. ATTA0019511.pdf
81.     Richardson, Cyra 03-08-24 - Exh 83 - 24 2022.03.22 ATTA0025397.pdf
82.     Richardson, Cyra 03-08-24 - Exh 84 - 27. ATTA0103583.pdf
83.     Richardson, Cyra 03-08-24 - Exh 85 - 31. ATTA0025068.pdf
84.     Richardson, Cyra 03-08-24 - Exh 86 - 32. ATTA0016213.pdf
85.     Richardson, Cyra 03-08-24 - Exh 87 - 34. ATTA0025027.pdf
86.     Richardson, Cyra 03-08-24 - Exh 88 - 38 2022.07.22 ATTA0124571.pdf
87.     Richardson, Cyra 03-08-24 - Exh 89 - 40. 2022.09.06 ATTA0103520.pdf
88.     Richardson, Cyra 03-08-24 Full with exhibits.pdf
89.     Richardson, Cyra 03-08-24 Ref - 16. Dickinson Mark 01-18-2024 Exh 27.pdf
90.     Richardson, Cyra 03-08-24 Ref - 1.B Dickinson Mark 01-18-2024 Exh 12.pdf

91.  Richardson, Cyra 03-08-24 Ref - 11. DickinsonMark -01-19-2024 Exh 43.pdf
92.  Richardson, Cyra 03-08-24 Ref -13. DickinsonMark -01-19-2024 Exh 42.pdf
93.  Richardson, Cyra 03-08-24 Ref - 2. Dickinson Mark 01-18-2024 Exh 21.pdf
94.  Richardson, Cyra 03-08-24 Ref - 3. Dickinson Mark 01-18-2024 Exh 22.pdf
95.  Richardson, Cyra 03-08-24 Ref - 39. Dickinson Mark 01-18-2024 Exh 36.pdf
96.  Richardson, Cyra 03-08-24 Ref - 4. Dickinson Mark 01-18-2024 Exh 23.pdf
97.  Richardson, Cyra 03-08-24 Ref - 5. Dickinson Mark 01-18-2024 Exh 24.pdf
98.  Richardson, Cyra 03-08-24 Ref - 6. Dickinson Mark 01-18-2024 Exh 26.pdf
99.  Richardson, Cyra 03-08-24 Ref - 7. Dickinson Mark 01-18-2024 Exh 25.pdf
100. Roark, John 04-12-24 - Exh 31 - 18. 2022.03.28 - Exh 31 - BASTIAN0065244-0065245.pdf
101. Roark, John 04-12-24 - Exh 101 - 25. 2022.07.10 - Exh 101 - ATTA0070166-0070169.pdf
102. Roark, John 04-12-24 - Exh 131 - 1. John Roark LinkedIn.pdf
103. Roark, John 04-12-24 - Exh 132 - 2. 2021.06.18 ATTA0068762.pdf
104. Roark, John 04-12-24 - Exh 133 - 3. 2021.08.12 - ATTA0117096.pdf
105. Roark, John 04-12-24 - Exh 134 - 4. 2021.08.25 ATTA0137166.pdf
106. Roark, John 04-12-24 - Exh 135 - 5. 2022.01.23 ATTA0005054.pdf
107. Roark, John 04-12-24 - Exh 135.1 - 5.1 ATTA0005059.pdf
108. Roark, John 04-12-24 - Exh 135.2 - 5.2 ATTA0005060.pdf
109. Roark, John 04-12-24 - Exh 136 - 6. 2022.01.30 ATTA0005302.pdf
110. Roark, John 04-12-24 - Exh 137 - 7. 2022.02.23 - Exh 28 - ATTA0070470.pdf
111. Roark, John 04-12-24 - Exh 138 - 11. 2021.09.15 ATTA0008514.pdf
112. Roark, John 04-12-24 - Exh 139 - 13. 2021.12.21 ATTA0081273.pdf
113. Roark, John 04-12-24 - Exh 140 - 14. 2022.01.10 ATTA0055740.pdf
114. Roark, John 04-12-24 - Exh 141 - 15. 2022.01.14 ATTA0070828.pdf
115. Roark, John 04-12-24 - Exh 142 - 17. 2022.02.10 ATTA0004562.pdf
116. Roark, John 04-12-24 - Exh 143 - 20. 2022.03.31 ATTA0003401.pdf
117. Roark, John 04-12-24 - Exh 144 - 22. 2022.07.25 ATTA0134681.pdf
118. Roark, John 04-12-24 - Exh 32 - 21. 2022.05.05 - Exh 32 - ATTA0070285-0070288.pdf
119. Roark, John 04-12-24 - Exh 36 - 9. 2022.06.24 - Exh 36 - ATTA0016009-0016012.pdf
120. Roark, John 04-12-24 - Exh 92 - 23. 2021.12.24 - Exh 92 - ATTA0066819-0066823.pdf
121. Roark, John 04-12-24 - Exh 95 - 19. 2022.01.18- Exh 95 - 14. ATTA0055720-0055726.pdf
122. Roark, John 04-12-24_PDFTran.pdf
123. Rowe, Chuck 03-27-24 with exhbits Full PDF.pdf
124. Thorp, Matt - 02-28-24 Full with exhibits.pdf
125. Davison, Mark 04-18-24 _Rough.txt
126. Lempa, Tyler 03-20-24 - Rough deposition transcript - ROUGH.txt
127. Roark, John -04-12-24   Rough (Atta).txt

**9.4    Bates referenced in Bastian response to Attabotics 04/15/24 #7 interrogatory:**

128. 2021-09-15 - Email from Davison re 09-14-21 catastrophic error shut down of nest - BASTIAN_0070515.pdf
129. ATTA_0012675.pdf
130. ATTA_0012676-0012677.pdf
131. ATTA_0015469-0015470.pdf
132. ATTA_0016377-ATTA_0016378.pdf
133. ATTA_0016379.pdf
134. ATTA_0016460-0016463.pdf

135.    ATTA_0080588-0080589.pdf
136.    ATTA_0080590.pdf
137.    ATTA_0015471_Confidential.XLSM
138.    ATTA_0016464_Confidential.XLSM

**9.5    Nicole Schimpf Inspection 04/04/23**

139.    NLS 4-42023 Photos
140.    Overall Videos
141.    Unprocessed Laser Scans

**9.6    ATTABOTICS VIDEOS FROM ATTABOTICS WEBSITE:**

142.    11-20-2020 Attabotics & microsoft Azure Commercial Marketplace
143.    2024-01-17_13-32-26

**9.7    ATTABOTICS DISCOVERY RESPONSES:**

144.    2023-05-12 - Attabotics- Initial Disclosures
145.    2023-10-30 - Attabotics - Response to Bastian ROGS
146.    2023-10-30 - Attabotics - Response to Bastian ROGS
147.    2023-10-30 - Attabotics - Response to Bastian RFP
148.    2023-10-30 - Attabotics - Response to Bastian ROGS (dep version)
149.    2023-12-08 - Attabotics - Response to Bastian's Rule 30(b)(6) Notice
150.    2024-01-16 - Attabotics - Suppl ROG #18 - lists bates range
151.    2024-04-15 - Attabotics Response to Bastian 2nd Set of RFP
152.    2024-04-15 - Attabotics Response to Bastian Inspection Requests
153.    2024-04-15 - Attabotics ROG Responses
154.    2024-04-15- Attabotics ROG (Signature Page signed by Needham)

**9.8    ATTABOTICS DOCUMENTS PRODUCED:**

155.    ATTA_0000001-ATTA_0143313
156.    Attabotics Doc Prod 04-19-2024 - ATTA_0143314-0144402 - OCRD

**9.9    A360 Documents Produced to Attabotics Subpoena:**

157.    ACCBAS00000001-00045242

**9.10    Bastian Documents Produced:**

158.    Bastian_0000001- BASTIAN_0099410

**9.11    BASTIAN DISCOVERY RESPONSES:**

159.    2023-05-12 - Bastian - Initial Disclosures.pdf
160.    2023-08-11 - Bastian - Response to Attabotics RFP.pdf
161.    2023-08-11 - Bastian - Response to Attabotics RFPs - see N drive Everlaw Indiana for production Bastian_000001-0096741.pdf
162.    2023-08-11 Bastian - Written Responses to Attabotics RFPs.pdf

163.  2023-09-15 Bastian Solutions, LLC's Resp. to Attabotics, Inc's 2nd RFP.pdf
164.  2023-12-14 AS-SIGNED VERSION of Bastian - Response to 1st set of Rogs.pdf
165.  2023-12-14 AS-SIGNED VERSION of Bastian - Response to Attabotics 2nd Set of Rogs.pdf
166.  2023-12-14 FINAL Bastian - Response to Attabotics 1st set First Set of RFA.pdf
167.  2023-12-14 FINAL Bastian - Response to Attabotics 1st set of ROGS.pdf
168.  2023-12-14 FINAL Bastian - Response to Attabotics 2nd Set of ROGS.pdf
169.  2023-12-14 FINAL Bastian - Response to Attabotics 3rd set RFP.pdf
170.  2024-01-03 - Bastian - Response & Objections to Attabotics Notice of Rule 30(b)(6) Deposition.pdf
171.  2024-01-09 - Bastian - Partial Response to IRT RFP 3
172.  2024-01-29 - Bastian - Response to ATTA 2nd Set of RFA
173.  2024-03-14 - Bastian - Response to ATTA 4th set of RFP
174.  2024-04-15 - Bastian - Response to Attabotics 3RD Set of ROGS - signed.pdf
175.  2024-04-15 - Bastian - Response to Attabotics 5th set RFP - signed.pdf

## 9.12   Photos

176.  OF Olathe facility photos July 2023

## 9.13   JANET, JASON - 03-06-24 to 03-08-24 ANTS INSPECTION DOCUMENTS – PHOTOS, VIDEOS

177.  Photos and videos from Jason Janet inspection of ants at Quarles Indy office

## 9.14   Work Product

178.  Bastian - Key depo exhibits with descriptions (pdf version)
179.  Excel version key depo dates & fsd, & a360 complaint dates - 2
180.  Software status reports & punchlists – work product
181.  Excel version key depo dates etc..
182.  2021-09-15 - Email from Davison re 09-14-21 catastrophic error shut down of nest - BASTIAN_0070515
183.  2024-04-17 email to experts from dulai with correct bates for punch lists
184.  Bastian_0062178 punch list bates correction
185.  A360 screen shots of CAB from ACCABS document production
186.  04-17-24 to janet from dulai enc photo Bastian RE Ant collision in vertical shaft... ant crash email and photo

## 9.15   SENT ON 04/21/24:

187.  Attabotics Doc Prod 04-19-2024 - ATTA_0143314-0144402 - OCRD
188.  ATTA_0143321 – rash of failures at A360 in Q1
189.  ATTA_0006878_Confidential - site performance metrics 09-14-21 excel
190.  ATTA_0070734
191.  ATTA_0082467-0082468
192.  ATTA_0082468_Confidential spreadsheet
193.  ATTA_0095907
194.  ATTA_0095909 09-03-21 ATTA
195.  ATTA_0095912_Confidential - phase 1 issues
196.  ATTA_0095912_Confidential

197. ATTA_0103609-0103649
198. ATTA_0120715 - re hivemind
199. ATTA_0133208 - commissioning checklist A36011 10-21
200. ATTA_0143382- 08-25-2020 reference smartsheet @ 53884

## 9.16  Standards and Other References

201. *Industrial Robotics: Selection, Design and Maintenance* by Harry Colestock, Copyright 2005, ISBN 0-07-144052-6
202. International Society for Automation Standards, which may include:
    a. Industrial Automation and Control Systems Security (ISA99)
    b. Wireless Systems for Automation (ISA100)
    c. Human-Machine Interface (ISA101)
    d. Procedure Automation for Continuous Process Operations (ISA106)
    e. Intelligent Device Management (ISA108)
    f. SCADA Systems (ISA112)
203. American National Standards Institute (ANSI) Standards
204. Key ISA standards committee references, which may include:
    a. Instrumentation Symbols and Diagrams (ISA5)
    b. Management of Alarms (ISA18)
    c. Instrumented Systems to Achieve Functional Safety (ISA84)
    d. Batch Process Control (ISA88)
    e. Enterprise-Control System Integration (ISA95)
    f. Industrial Automation and Control Systems Security (ISA99)
205. International Organization for Standardization (ISO)
206. Methods Engineering Reference by Krick, Edward V, Publication date 1962
207. Work Design & Measurement, IE Terminology, 2000 Revised Edition
208. Methods, Standards, and Work Design (Eleventh ed.). Freivalds, Andris; Niebel, Benjamin (2003). New York: McGraw-Hill. ISBN 0072468246
209. FEM 9.221 - Performance Data of SR Machines - Reliability, Availability
210. FEM 9.222 - Acceptance & Availability of ASRS and Other Sys
211. FEM 9.851 - Performance Data of SR Machines - Cycle Time
212. IEEE 1012-2004 - Standard for Software V&V

## 10   APPENDIX B – CITED IMAGES

### 10.1   3D-Printed Components on Drive Motor Assembly



**10.2   3D-Printed Components Supporting Electrical Contacts**



64



## 10.3   Possible 3D-Printed Components Supporting Power Lugs



**10.4   Drive Motor Gearbox with Loose Metal Fragment**

### 10.5 Bolts and Fasteners Rely on Low-to-Medium Strength Threadlocker



**10.6   Belt-Pulley Systems Drive Cams and Lift Mechanisms**



## 10.7  Loose Components Found in Ant Interior



## 10.8  Loose Connector



**10.9 (Conductive) Debris Found in Ant Interior, Near Circuit Board**









**10.10 Minimal Asymmetric Tack Adhesive Application to Connectors and PCB**



**10.11  Potential Error State Drive: Motor Wheels Interference**



**11   APPENDIX C – CV**

# Jason A. Janét, Ph.D.

1420 Lillington Drive, Suite 205
Raleigh, NC 27607
Mobile: (919) 225-1724
E-mail: jasonajanet@gmail.com

## Education

Ph.D. Electrical & Computer Engineering, North Carolina State University, 1998
M.S. Integrated Manufacturing Systems Engineering, North Carolina State University, 1994
B.S. Mechanical Engineering, University of Virginia, 1990

## Employment History

<u>**Applied Research Associates (ARA):**</u> 2018 - present

- **Corporate Director of IP and Product Commercialization (IP to Product—IP2P) | CTO-SSM:** Corporate/Business development, Intellectual Property Portfolio Build-out/Protection, and IP Transition to Product. Evaluate, quantify, present and recommend portfolios of IP, product lines and ventures on the basis of competitive landscapes, addressable markets, sales strategy, resource availability and technology readiness. Design, propose and mentor organizational structure(s), including cross-department and cross-sector relationships. Relevant technologies include medical technologies, augmented reality, non-GPS, synthetic environments, computer vision, machine intelligence, IoT sensors, robotics, automation, security, photogrammetry, weapons systems, unmanned systems, SaaS, BioTech, and precision agriculture for multiple market domains. Clearance Level: TOP SECRET & SCI.

<u>**DeltaFive:**</u> 2014 - 2018

- **CEO & Co-Founder:** Lead corporate, business, IP and technical development for spinout focused on IoT sensors, computer vision, machine intelligence, mobile robots, SaaS, and Lure Formulation for hospitality, pest, IT, and security markets. Strategic and tactical direction for sales, marketing and client services teams.
- **Inventor**: Three awarded patents (USPTO) and patents pending.
- **Board of Directors:** Serve on and report to Board of Directors, and chair the Technical Advisory Board.
- See **www.**deltafive.com, https://jgc.outgrow.us/deltafive or www.youtube.com/watch?v=LoQe6_Lxprs.

<u>**Transdigm [TDG] (Avionic Instruments | Acme Aerospace | Aerospace Cooling Solutions):**</u> 2002 - 2004, 2013 - 2014
**VP/Director of Development** (2002-2004), **VP/Director of Sales, Program Management** (2013-2014). See www.transdigm.com, www.avionicinstruments.com, www.acme-aero.com, or www.aerospacecoolingsolutions.com.

- o Manage multiple product lines and cross-functional teams including product line managers (PLMs), account managers, inside sales, international sales, marketing, repair, engineers, technicians, distributors, legal, IP and rep organizations. (270 employees)
- o P&L, strategy, reporting, and forecasting for ~$105M/yr, 50% EBITDA, and 10% YOY growth.
- o Product lines comprised ~600 SKUs for advanced aerospace systems.
- o Epicor ERP for standard resource planning, including inventory optimization and workflow.
- o Change-Agent: Sikorsky S97/JMR programs and supply chain for Aerospace Cooling Solutions.
- o Incubation, launch, growth and exits for **ShelfWorks**, **VortexHC** and **RxMedic** (below).

**Programs:**

- o **S97 Raider Light Tactical Helicopter –** Autonomy, power distribution and electrical system

(PDES) for the Sikorsky S97 LTH, including FAA-compliant software development per DO-178B. (2013 – 2014) See http://www.youtube.com/watch?v=qy-Xb3X-bC0.

- o **Joint Multi-Role (JMR) Helicopter –** Leveraging S97, JMR employs a scaled-up level of autonomy/PDES for Sikorsky-Boeing team, under U.S. Army funding. (2014)
- o **Blue Fans –** Aerospace Cooling Solutions supply chain optimization. (2013 – 2014)
- o **DARPA Distributed Micro-Robotics** – PI/PM for *"Mobile Robots that Climb Vertical and Inverted Surfaces."* sponsored by DARPA – MTO. Develop mobile robots that climb walls and ceilings for surveillance, reconnaissance and breaching. Collaborated with Lockheed-Martin for automatic target recognition and Picatinny Arsenal for *Lamprey* SLAM holder. (2002 – 2004)

**Teledyne Technologies [TDY]:** 2011 - 2013

- **Senior Manager**
  - o Lead cross-functional teams of scientists and engineers in CONUS
  - o M&A due-diligence, identification and recommendation (SeaBotix & BlueView)
  - o Lead contingents of cross-division teams to secure ~$352M in funding over 24 months.
  - o Plan and execute CRAD, business development and coordinate with strategic business units
- **ONR/USMC Cargo UGV** – PM for ONR/USMC-sponsored Cargo Unmanned Ground Vehicle (CUGV) Program subcontract (2011-2012). Manage team of engineers and scientists, in coordination with contract prime (Oshkosh) for unmanned combat vehicle control, perception and navigation. Multi-sensor suite included EO/IR Vision, LIDAR, IMU, and GPS.
- **Army LTL** – PM for Army-sponsored Lighten-the-Load (LTL) Program subcontract (2012-2013). Manage team to develop perception system comprised of stereo EO and stereo LWIR cameras to find and track leader(s), perform optical odometry, detect and map obstacles, and enhance SIGINT. Interface with sensors (LIDAR, IMU, GPS), autonomy for ATV-sized unmanned ground vehicles.
- **NASA ESP** – PM for RTP-based tasks for NASA Engineering Services and Prototyping demonstration (2012-2013). Provide Teledyne Engineering Services (lead), SAIC, Oceaneering, and Schafer with robot prototype and vision-based perception to detect, classify and track targets.
- **DARPA EXACTO** – PM for NC-based tasks for DARPA TTO Extreme Accuracy Tasked Ordnance (EXACTO) Program (2012-2013). Program developed first ever guided, small-caliber bullet with MEMS-based actuation, optical bullet tracking, optical target tracking, and bullet guidance to greatly improve accuracy and extend the day and nighttime range over current state-of-the-art sniper systems.
- **DARPA AngelFish/EagleRay** – PI/PM and inventor of the AngelFish Cross-Domain Submersible UAV, a man-portable, floodable airframe with tilt-thrusters capable of operating in and deliberately transitioning between the air, surface and underwater. Designed for optimal balance between hydro-/fluid-dynamics, materials, guidance/navigation/control, power conversion/storage, and perception for wing-in-ground flight.
- **Army PIRST** – Propose and capture the Pursuant In-stride Reconnaissance, Surveillance & Targeting (PIRST) program. By Army Night Vision & Electronics Sensors Directorate (NVESD) in 2013.

**RxMedic Systems:** 2003 – 2011 (*spinout from **Avionic Instruments***)

- **Co-Founder/General Manager/Board Member** (2004-2007), **CTO** (2007-2010), and **Director of Robotic/Automated Systems** post-acquisition by JM Smith (2010-2011).
  - o Manage launch from **Avionic Instruments** (2004)
  - o Build and lead nationwide growth of cross-functional teams to 75+ employees
  - o Direct product development, manufacturing, field support, sales and marketing
  - o Manage IP Portfolio & Legal: Patents include USPTO# 7,726,514 and 8,091,733
  - o Oversee P&L, accounting, raising of capital, and accounts receivable
- **RxMedic ADS**: Invent, develop, market and support automated pharmacy dispensation and packaging systems for retail, hospital, mail order and industrial fulfillment organizations.

77

- **RxMedic ACS**: Integrate, refine, market and support automated pharmacy-counting systems for retail and hospital fulfillment organizations.
- Co-negotiated the acquisition of RxMedic Systems by JM Smith, Inc. in May of 2010, established RxMedic as a division, and coordinated 12-month transition. Supported evaluation and integration of automated systems for JM Smith business units including Smith Drug.

<u>**Vortex HC**</u>: 2002 – 2009 (*spinout from Avionic Instruments*)

- **Vice President** (2004-2006), and **Facilities Security Officer (FSO)** (2005-2006)
    - o Manage spin-out from **Avionic Instruments** (2004)
    - o Lead cross-functional teams for product development, manufacturing, support, sales and marketing
    - o Manage business and corporate strategy, execution, licensing, and ITAR/EAR-compliance
    - o Support domestic and international legal and IP portfolio management, P&L, AP/AR

**DARPA ARTEMIS** – PI and PM for *"Vortex-Based AUVs for Counter-Mine and Counter-Obstacle Operations"* sponsored by DARPA – ATO. Managed development of holonomic AUVs for landing on mines and performing soft-kill neutralization. Integrated CFD, rugged materials, MEMS-sensors for guidance, navigation and control. Collaborated with UT-ARL for development of circular synthetic aperture sonar and Teledyne RD Instruments for DVL. Developed high-precision acoustic underwater tracking system.

**Products**: Managed development, manufacturing, world-wide marketing, and support of the following to military, law-enforcement, security, rescue, nuclear and entertainment customers:

- o VMRP Wall-Climbing Robot – Man-portable mobile robots that climb walls and ceilings.
- o Submersible Attractor – Rad-hardened attractor for nuclear energy market, BWR inspection
- o Submersible VMRP Robot – Man-portable underwater robots for bulkheads and tank interiors.
- o Lamprey SLAM Holder – Surface-agnostic instant placement mechanism for Picatinny Arsenal's Selectable Land- and Anti-personnel Mine (SLAM) breaching charge.

**Licensing**: As part of exit strategy, instituted licensing and transition of VRAM technologies:

- o SeaBotix LBC – Little Benthic Crawler Remotely Operated Vehicle (ROV).
- o SeaRobotics HullBUG – Autonomous hull-grooming robot.
- o BDT – Attractors for high-speed, high-efficiency, low-overhead paper & fabric handling.
- o TMI – Attractors for inspection of nuclear boiler water reactor (BWR) facilities

**ONR & NAVSEA HullBUG VRAM –** PI/Consultant for "Attractor Design for the Hull Biomimetic Underwater Grooming (HullBUG) Technology" and "HullBUG VRAM Design Optimization". (2006–2009).

<u>**ShelfWorks Technologies**</u>: 2002 – 2006 (*spinout from Avionic Instruments*)

- **Charter Officer** (2004-2006).
    - o Supported launch from **Avionic Instruments** (2002-2004)
    - o Direct military product development, support commercial product development, sales & marketing
        - ▪ Bed, Bath & Beyond
        - ▪ Home Depot
    - o Support IP Portfolio & Legal

<u>**Nekton Research (iRobot [IRBT])**</u>: 1998 - 2002

**Vice President of R&D** (1998-2000) and **Director of Business Development** (2000-2002).

**Lead:** Cross-functional teams in marine-focused product/business development, production, deployment.

**IP Portfolio:** Co-inventor on USPTO# 6,378,801 (2002)

**Spinout:** Support incubation/launch of Parata Systems, a pharmacy automation company (1999-2002)

**M&A:** Provided early-stage due-diligence and introductions for acquisition by iRobot (2006)

**Principal Investigator and Program Manager:**

**DARPA LSALS-SP3** – PI/PM for "3D Plume Tracing using Ranger™ MicroAUVs," sponsored by DARPA – MTO. Joint effort with Sandia National Labs, and Woods Hole Oceanographic Institute. Developed multiple collaborative MicroAUVs that search for and localize plume sources and aircraft blackbox, to rescue and/or recover humans and assets.

**DARPA Distributed Micro-Robotics** – PI/PM for "Swimming Arrays for Anti-Submarine Warfare", sponsored by DARPA – ATO. Joint effort with Draper Labs, Johns Hopkins University Applied Physics Lab, and Solers. Mobile acoustic array formations of multiple MicroAUVs. In contrast to towed arrays (e.g., TB-29), *Swimming Arrays* decouple tactical maneuvers from sensing maneuvers; enable protracted sensing, strong source direction discrimination, forward end-fire view, and dynamic array beamforming.

**DARPA Distributed Micro-AUVs** – PI/PM for "Aquatic Microbots", sponsored by DARPA – MTO. Under *Distributed Robotics* program, design, build and demonstrate ultra-small AUVs, called "MicroHunters™", which maneuver in 3D using only one moving part. Resulting navigation, called "Helical Klinotaxis" was validated on three different platforms and demonstrated to DARPA. Co-inventor on patent "3D Orientation for Aquatic Robots Using Helical Klinotaxis", USPTO in April 2002.

**Forensics ROV** – PM and inventor of porthole-size ROV to perform forensic analyses of sunken assets. Based on a diametrically-opposed, large-diameter, low-velocity, vector thrusters, provide underwater telepresence to search for remains, assets and root-cause indicators. Unique design minimized silt disturbance, and maximized options for ingress and egress. (Private customer)

**Deepwater Towfish** – 6500m depth-rated towfish to carry sensor suite for applications in energy sector, telecommunications sector, sub-bottom profiling, and terrain mapping. (Private customer – EdgeTech)

**DARPA APLA/MGM** – PI/PM for "MicroHunter Guidance and Control of 60mm Mortars", sponsored by DARPA – ATO. Under *Anti-Personnel Landmine Alternative/Minimally Guided Munitions* (APLA/MGM) program, collaborate with Battelle Memorial Institute to demonstrate feasibility, integrate microelectronic GNC sensors and actuators, and validate performance of single-actuator control force producer and guidance algorithm for indirect-fire munitions. Performance exceeded specifications.

**Parata Systems:** 1999 – 2002 (*spinout from **Nekton Research** serving as VP of Eng and Dir of BD)*

- o   Supported incubation and launch from **Nekton Research** (1999-2002)
- o   Robotic System for Retail & Mass-Fulfillment Pharmacy
- o   Technical & Business Development of Alpha- and Beta-level Products
- o   Supported initial IP Portfolio

**Duke University, Pratt School of Engineering:** 1999 - 2021

**Adjunct Associate Professor** (2005-2021) and **Adjunct Assistant Professor** (1999-2005).
Courses Taught Include:
Entrepreneurship & Tech Transition (Special Topics)
Robotics & Automation (MAE 442, ECE 383, ECE 142/442)
Control Theory (ECE 141/441)
**MS Committee Member:** Serve on graduate student committees and advise research.
**Advisor** and sponsor for Duke's Wall-Climbing Robot Team, which earned 1st place in the 2004 and 2005 International Climbing and Walking Robot (CLAWAR) Competitions in Madrid, Spain and London, England. Sponsored by the LORD Corporation and VortexHC.
**Advisor** for Duke's DARPA Grand Challenge Team, in support of the Carnegie Melon Red Team(s), which earned 2nd and 3rd places. Perception included RADAR, LIDAR, IMUs and GPS.
**Advisor** and sponsor for Duke's Autonomous Underwater Vehicle (AUV) team, which earned finalist standings five times in the AUVSI/ONR International Autonomous Underwater Vehicle Competition. Participated in multiple annual competitions since 2001, with the following rankings: 2nd in 2006, 4th in 2005, 5th in 2004, 3rd in 2003, 4th in 2002, and 7th in 2001. Sponsored by LORD, VortexHC, and SeaBotix.

**North Carolina State University, School of Engineering:** 1992 - 2021

**Adjunct Assoc Professor** (2009-2020), **Board Integrated Manufacturing Systems Engineering Institute** (1998 – 2020), **Adjunct Asst Professor** (2000-2009), **Instructor** (1996-1999), **Researcher** (1992-1996).
Teaching Experience:
Robotics & Automation (ECE 444, ECE 591)

Control Theory (ECE 435)

Distributed (Non-Deterministic, Network- & Statistics-based) Controls (ECE 492Z)

**MS Committee Member:** Serve on graduate student committees, sponsor, and advise research.

**Advisor & Corporate Sponsor** for NCSU's Autonomous Underwater Vehicle (AUV) team, which began participating in the AUVSI/ONR International AUV Competition. Participated in 2005 and 2006.

**NASA-HELIOS** – PM for development and demonstration of semi-autonomous robotic system for lunar habitation and transport. Under NASA's Exploration Office, and funding from United Technologies, Caterpillar, and North Carolina Space Grant Consortium. Managed team of 40+ people to build and competitively demonstrate lunar exploration and habitation mission including deployment of lunar lander, UGV, and personnel habitat modules. Mission was demonstrated in full and earned first place and NASA's *1998 Extra Terrestrial Award.* January 1996 to April 1998.

**DARPA/ONR Outdoor Landmark Recognition** – Researcher for "Outdoor Landmark Recognition Using Hybrid Fractal Vision System and Neural Networks", by DARPA and ONR. Validate new approach to detecting and recognizing outdoor landmarks using the Region-Feature Neural Network. (1993–1996)

**Other Systems***:* Bipedal robot (*Jenner*), a hexapod colony, an autonomous mobile robot (*Lazarus*), home automation & security based on decentralized control networks.

**TMI Robotics:** 1998 - 2013

**President**

**Robotic & Automation Systems:** Submersible Robotic Hull Crawlers & Attractors for *General Electric*, *Hitachi*, *Framatome*/*Areva*, *SeaRobotics*, *SeaBotix*, etc. (2009-2018); wall-climbing robots for *SignalScape* (2009-2013); Pioneer mobile robot end-effector and bipedal robot for *Adept MobileRobots* (1998-2004); decentralized fuel pump control systems for *Gilbarco* (1998); Autonomous Following Golf Caddy for *Caddy Master* (1998-1999); Universal rotary actuator system for *Real World Interface* (*RWI*) and *iRobot* (*IS Robotics*) (1998-2000), etc.

**Artificial Intelligence Software and Textbook:** "Computational Intelligence: Supervised and Unsupervised Learning with Neural Networks", J.A. Janét and J.C. Sutton III. Copyright © 1998-2013. ISBN #0-9678493-0-6. Textbook included a time-limited single-user license for neural network software by TMI Robotics, Inc. Software included data, the Region-Feature Neural Network and the Hyper-Ellipsoid Clustering Neural Network for pattern analysis and machine intelligence. End-users/clients include *NCSU*, *National Technological University* (*NTU*) and *Video Based Engineering Education* (*VBEE*), IBM, etc.

# Other Professional Highlights

**Intellectual Property Litigation Expert Witness**: Provided reports, descriptive imagery and testimony for litigation regarding intellectual property, contracts and trade secrets. Cases are listed in Appendix D, clients in **bold**.

**Patent Inventorship:** Other patents pending

6,378,801: Devices and methods for orienting and steering in three-dimensional space.

7,726,514: Automated article dispensation mechanism.

8,091,733: Automated article dispensation mechanism.

8,751,035: Automated laundry drop-off and retrieval system.

9,664,813: Automated Insect Monitoring

9,999,211: Automated Insect Monitoring (Removable Chambers with Transparent Sides for Inspection)

9,999,212: Automated Insect Monitoring (Signal Processing to Detect and Recognize Invasive Pest)

11,382,324: Insect Traps and Monitoring System (IoT Monitoring System with Detect/Classify Ability)

**Board of Directors/Advisors Experience:** Provide strategic technology, business and corporate expertise.

**Delta Five** – Distributed unattended sensors, automation, SaaS and IoT.

**Panacea BioMatx Inc** - Automated customized medications and nutraceuticals. ([www.panacea me](www.panacea%20me))

**Lealear** – Automated storage and retrieval systems.

**RxMedic** – Automation for preparing prescription orders in retail, government, and hospital pharmacies.

**VortexHC** – Non-dexterous gripping, robot climbers (air and underwater), and 6DOF holonomic AUVs.

**NCSU Integrated Manufacturing Systems Engineering Institute** – Multi-disciplinary graduate school

## Selected Publications (of ~40)

- IoT Solutions Enabling Hotelier's to Monitor for Bed Bugs, www.deltafive.com/wp-content/uploads/2018/06/DeltaFive_BedBugAwarenessWeek2018_PressRelease.pdf, June 2018.

- New York City Challenged by Bed Bugs, www.newswire.com/news/new-york-city-challenged-by-bed-bugs-delta-five-offers-green-solution-20043137, November 2017.

- On the Heels of the Largest Bed Bug Lawsuit Judgement, Delta-Five Has a Proven Green Solution for Hotels, www.newswire.com/news/on-the-heels-of-the-largest-bed-bug-lawsuit-judgement-delta-five-has-a-19990567, October 2017.

- Hoteliers Find Delta Five's Innovative Bed Bug Solution Catches Bugs Faster and More Consistently, www.newswire.com/news/hoteliers-find-delta-fives-innovative-bed-bug-solution-catches-bugs-19940513, September 2017.

- As Hoteliers Look to Combat Bed Bug Rise Delta Five Offers Researched Solution, www.newswire.com/news/as-hoteliers-look-to-combat-bed-bug-rise-delta-five-offers-researched-19846348, August 2017.

- Green Approach to Prevention and Early Detection, www.eprnews.com/delta-five-highlights-green-approach-to-prevention-and-early-detection-during-bed-bug-awareness-week-138925/, June 2017

- Delta Five Raises the Bar in Battle Against Bed Bugs, www.newswire.com/news/delta-five-raises-the-bar-in-battle-against-bed-bugs-19547330, May 2017.

- Automated Bed Bug and Insect Monitoring System, www.newswire.com/news/delta-five-launches-automated-bed-bug-and-insect-19224593, April 2017.

- "Think It, Build It, Win It: Vision-Based Robot Design Secures Teledyne a $350M NASA Engineering Contract" H. Neale. *NASA Tech Briefs* 2013/2014.

- "Automation is Changing Pharmacy: How Reducing Repetition Behind the Counter Improves Over the Counter Care" J. Janét. October 2010. *Insight Magazine.*

- "Automate Your Profits" J. Janét. October 2009. *Insight Magazine.*

- DTIC #ABV 299170 (NATICK/TR-04/013L): "Vortex Regenerative Air Movement: Attraction and Attachment on Vertical and Inverted Surfaces— A Simple Method for Static and Mobile Robots for Climbing Walls and Ceilings" J. Janét, D. Reinfeld, B. Wiedeman. October 2003. (Contract No. DAAD16-00-C-9259; US Army Soldier Systems Command, Natick, MA)

- DTIC #AD B267 288 (NATICK/TR-01/009L): "MicroHunter Control Applications for Elimination of Anti-Personnel Landmines: Low-Cost, Minimally Guided Munitions – A Simple Method for Controlling the Trajectory of Spinning Projectiles" M. Kemp, J. Janét, and C. Pell. May 2001. (Contract No. DAAN02-98-C-4030; US Army Soldier Systems Command, Natick, MA)

- "Development of a Micro Autonomous Underwater Vehicle for Complex 3-D Sensing", *IEEE/MTS Oceans 2001 Conference*; Honolulu, HI; Nov 2001; B. Hobson, B. Schulz, J. Janet, R. Moody, C. Pell, and H. Pinnix.

- "MicroAUVs I: Platform Design and Multi-Agent System Deployment", *Unmanned Untethered Submersible Technology (UUST)*; August 2001; Durham, NH; B. Schulz, B. Hobson, J. Janét, M. Kemp, R. Moody, C. Pell, H. Pinnix, J. Pollard, and H. Crenshaw.

- "Assessing the Performance of Oscillating Fin Thruster Vehicles", *Unmanned Untethered Submersible Technology (UUST)*; August 2001; Durham, NH; M. Kemp, B. Hobson, J. Janét, C. Pell, and E. Tytell.

- "Using Control Networks to Control Multiple Autonomous Mobile Robots: Biped, a Hexapod Colony, and a Complex Autonomous Mobile Robot", *IEEE Int'l Conf. on Robotics & Automation*; Detroit, MI; May 1998; J. Janet, B. Wiseman, R. Michelli, S. Scoggins, and A. Walker.

- "Autonomous Mobile Robot Global Self-Localization Using Kohonen and Region-Feature Neural Networks", *Jnl of Robotic Systems*; Vol. 14, No.4, 1997; J. Janet, R. Gutierrez, T. Chase, M. White, J. Sutton.

- "Combining Self-Organizing Geometric Certainty Maps with the Unscented Kalman Filter", Proc. of *IEEE Int'l Conf. on Robotics & Automation*; Leuven, Belgium; May 1998; J. Janét, J. Brickley, M. Kay, M. White, and J. Sutton.

- "Modeling of Sonar Sensors for Localization of Autonomous Mobile Robots", *IEEE Transactions on Industrial*

*Electronics*; October 1998; R. Gutierrez, J. Janet, and R. Luo.

- "Autonomous Mobile Robot Global Motion Planning and Geometric Beacon Collection Using Traversability Vectors", *IEEE Trans on Robotics & Automation*; Vol.13, No.1, 1997, Pages:132–140; J. Janét, M. Kay, and R. Luo.

## Skills Brief

- *Executive Leadership.* Provided fiscal, strategic, IP and operational leadership in application and development of heavily engineered systems for software, robotics and automation, medical, pharmacy, maritime, aviation, government, military, law enforcement, security, entertainment, hospitality, analytics, pattern analysis, and energy markets. Demonstrated ability to develop and implement business plans, integrate emerging technologies, raise capital, be an effective change agent, and transition product and client service concepts to commercial viability. Effective collaborator with companies, academic institutions, military, government and foreign entities. Experienced with legal aspects of launch, operations, equity, M&A, intellectual property & litigation. Successful manager of sales, marketing and finance including, ROI tool development, market research, prospecting, sales presentations, competitive analysis, brand development, multi-media advertising, contract negotiation, deal closure, A/P and A/R.

- *Board Member.* Effective strategic contributor and communicator on behalf of corporations (Delta Five, RxMedic, Panacea Biomatix, Lealear, and VortexHC) and an academic institution (NCSU IMSEI).

- *Engineering and Product Development.* Demonstrated ability to develop and deploy hardware and software products, including automated retrieval systems, fixed-base robots, medical systems, mobile robots, autonomous and remote-control unmanned ground robots, wall-climbing robots, hull inspection & cleaning robots, nuclear vessel inspection robots, autonomous underwater vehicles, non-destructive inspection robots, retail automation, and mine neutralization robots.

## Additional

**Security Clearance.** Active personal clearance level – TOP SECRET & SCI. Facilities Security Officer (FSO) for Vortex HC. Coordinated processing of SECRET level Facility Clearances (FCL) and Personnel Clearances (PCL).

**Institute of Electrical & Electronic Engineers (IEEE):** Robotics, Controls & Pattern Analysis.

**Autonomous Unmanned Vehicle Systems International (AUVSI)**

**American Society for Engineering Education (ASEE)**

**American Society of Mechanical Engineers (ASME)**

**PADI SCUBA:** Professional diver for underwater mobile robots, hull inspection, underwater video, counter-mine, ASW, etc.

**Commercial Driver's License:** Class-A CDL, base registrations in North Carolina (and Virginia).

**USPA Skydiving:** (1991 – 1997) USPA Jumpmaster certification in 1996. D-license with 400 jumps including instruction, tandem master training support, demonstrations, accuracy, and freefall relative work (RW). National collegiate RW championship team in 1994 (Richmond, IN). Carolina Sky Sports Accuracy Champion in 1993 (Louisburg, NC).

**Pyrotechnician:** Class-A/B levels.

**Master Mason:** Foundation of ~20 years of construction experience, primarily with ornamental stone, brick, and concrete. Experience initially gained as a youth within family-owned and operated business (Dogwood Quarries) in DC-metropolitan area; summers and school breaks from 1981 until 1997. Since 1998, all work has been *pro bono* including for Habitat for Humanity.

## Computer Tools

**Proficient:** SalesForce, PowerPoint, Excel, Word, Project, MATLAB
**Prior experience:** Epicor ERP, QuickBooks, AutoCAD, SolidWorks, OrCAD, LabView, C/C++, Assembly

## 12   APPENDIX D: Trial/Deposition Testimony List (2009 to pres)

1.  Hesai v. **Ouster** (2024-pres) [USPTO PTAB IPR2023-01421]
2.  Hesai v. **Ouster** (2024-pres) [USPTO PTAB IPR2023-01456]
3.  Hesai v. **Ouster** (2024-pres) [USPTO PTAB IPR2023-01457]
4.  A360 v **Toyota/Bastian** (2024-pres) [No. 1:23-cv-00198-JRS-TAB, Southern District of Indiana]
5.  **Motive** v Samsara (2024-pres) [U.S. International Trade Commission]
6.  **Good Sportsman** v Hangzhou ZH Tech [USPTO PTAB]
7.  **Tesla** v Autonomous Devices (2024-pres) [USPTO PTAB (IPR)] '474 Patent
8.  **Becton Dickenson v JFCRx** (2023-2024) [Contract, trade secret compliance/audit]
9.  Juul v **NJOY** – (2023-pres) [ITC] and [District Court of DE]
10. Textron v **DJI** – (2023-2024) [Case No. 2:22-cv-351-RWS-RSP (E.D. Tex)]
11. Solmetex v. **Dental Recycling** (2023-pres) [Pre-IPR: USPTO]
12. **Daifuku** v. ControlLogix [Pre-IPR: USPTO]
13. Autonomous Devices v **Tesla** (2023-pres) [C.A. No. 22-1466 (MN), District Court of DE]
14. **Tesla** v Autonomous Devices (2023-pres) [USPTO PTAB IPR2023-01172] '583 Patent
15. **Tesla** v Autonomous Devices (2023-pres) [USPTO PTAB IPR2023-01055] '344 Patent
16. **Tesla** v Autonomous Devices (2023-pres) [USPTO PTAB IPR2023-01054] '974 Patent
17. **Tesla** v Autonomous Devices (2023-pres) [USPTO PTAB IPR2023-01169] '134 Patent
18. **Tesla** v Autonomous Devices (2023-2024) [USPTO PTAB IPR2023-01170] '449 Patent
19. **Tesla** v Autonomous Devices (2023-2024) [USPTO PTAB IPR2023-01171] '585 Patent
20. Autonomous Devices v **Tesla** (2023-pres) [Case No. 1:22-cv-01466, District Court of DE]
21. **Ouster** v. Hesai et al, Lidar Systems (2023-2024) [337-TA-1363, U.S. International Trade Commission]
22. **Ouster** v. Hesai et al, (2023-pres) [No. 1:23-cv-00406, District Court of DE]
23. **Boston Dynamics** v Ghost Robotics (2023-pres) [1:22-cv-01483-MN, District Court of DE]
24. Vivint v **SkyBell** Technologies (2022-pres) [2:21-cv-09472, Central Dist of DC]
25. Moog v **SkyRyse** (2022-2024) [1:22-cv-00187, Wester Dist of NY]
26. Velodyne v **Ouster** (2022-pres) [337-TA-1322, U.S. International Trade Commission]
27. **IQRIS** v Point Blank (2022-2023) [21-CV-61976-BB, Southern District of FL]
28. **Opex** v HC Robotics/Invata (2022) [337-TA-1293, U.S. International Trade Commission]
29. **iAqua** v Cayago (2022) [Reexam-EPR814 of 90/014,995 USPTO]
30. Cayago v **iAqua** (2022) [21-CV-61035, Southern District of FL]
31. Cayago v **iAqua** (2022) [Civil No. 21-1212, Puerto Rico]
32. Bacon Sons v **Perception Robotics** (2021-2022) [Case No: 30-2018-01000372, Orange Co, CA]
33. **AutoStore** v Ocado (2021-2023) [IPR2022-00443 USPTO]
34. **AutoStore** v Ocado (2021-2022) [IPR2022-00673 USPTO] (pre-institution)
35. **AutoStore** v Ocado (2021-2022) [IPR2021-00274 USPTO]
36. **AutoStore** v Ocado (2021-2022) [IPR2021-00311 USPTO]
37. **AutoStore** v Ocado (2021-2022) [IPR2021-00398 USPTO] (pre-lit)
38. **AutoStore** v Ocado (2021-2022) [IPR2021-00412 USPTO] (pre-lit)
39. **AutoStore** v Ocado (2021-2022) [PGR2021-00038 USPTO] (pre-lit)
40. **AutoStore** v Ocado (2021-2022) [HP-2020-000035, United Kingdom]
41. **AutoStore** v Ocado (2021-2022) [Spain – Pre-lit]
42. **AutoStore** v Ocado (2021-2022) [Case No. 2:20-cv-494, Eastern District of VA]
43. Ocado v **AutoStore** (2021-2022) [1-21-cv-00041, USDC - DNH]
44. Ocado v **AutoStore** (2021-2022) [1-21-cv-00806, USDC - DNH]
45. **iRobot** v SharkNinja (2021-2022) [337-TA-1252, U.S. International Trade Commission]
46. **Airborne Systems** v Wamore – Steerable parachute systems (2019-pres) [Arbitration – NJ]
47. **AutoStore** v Ocado (2020-2021) [337-TA-1228, U.S. International Trade Commission]

84

48. Interactive Play Devices v **Spin Master** (2020-2021) [Civil Action File No. 6:20-cv-00066, W.D. TX]
49. **DJI** v Autel – (2017-2021) RC UAV Systems [C.A. No. 16-706-LPS-CJB, District Court of DE]
50. Velodyne v **RoboSense** (2019-2020) [337-TA-1173, U.S. International Trade Commission]
51. Odyssey Marketing v **Spin Master** (2018) Unmanned Air Vehicles [IPR, USPTO]
52. Mattel v **Spin Master** (2018) Transformable Devices [IPR2018-01672, USPTO]
53. Mattel v **Spin Master** (2018) Transformable Devices [IPR2018-01673, USPTO]
54. Mattel v **Spin Master** (2018) Transformable Devices [IPR2018-01674, USPTO]
55. MPV v **DJI** – (2018) [Case No. 2:18-cv-02210-RGK-AGR, Central District Court of CA]
56. **Samsung** v Cywee – (2017) IMU Pose & AR [Case No. 2:2017cv00140, Eastern District of TX]
57. **DJI** v Autel – (2017-2018) [2:17-cv-00776-RAJ, Western District of WA]
58. Synergy Drone v **DJI**– (2017-2018) [Case No. 1:17-cv-00242, TX Western District Court]
59. **iRobot** v Bissell – (2017-2018) [337-TA-1057, U.S. International Trade Commission]
60. **Hayward Industries** – (2015-2016) Evaluate IP and Enabling Technologies for Submersible Systems
61. Choirock v **Spin Master** (2016-2018) Transformable Devices [Case No. IPR2017-00030, USPTO]
62. **Spin Master** v Sphero, Inc. (2016-2017) [Case No. IPR2017-01272, USPTO]
63. Sphero, Inc. v **Spin Master Ltd**. (2017) [New York Southern District Court, Case No. 1:17-cv-05428]
64. Razor/Chen/Inventist v **Jetson Electric Bikes** (2016-2017) [337-TA-1000, U.S. Int. Trade Commission]
65. Razor/Chen/Inventist v **Powerboard** (2016-2017) [337-TA-1000, U.S. International Trade Commission]
66. Segway/DEKA/Ninebot v **Jetson** (2016-2017) [337-TA-1007, U.S. Int. Trade Commission]
67. Segway/DEKA/Ninebot v **Powerboard** (2016-2017) [337-TA-1007, U.S. Int. Trade Commission]
68. Segway/DEKA/Ninebot v **Jetson** (2016-2017) [337-TA-1021, U.S. Int. Trade Commission]
69. Segway/DEKA/Ninebot v **Powerboard** (2016-2017) [337-TA-1021, U.S. Int. Trade Commission]
70. **DJI** v Yuneec [No. 5:16-cv-595, U.S. District Court, Central District of CA]
71. Rehco LLC v **Spin Master Ltd**. (2015-2020) [No. 1:2013cv02245, Northern District of IL]
72. Segway/DEKA v **Ninebot** [Inv. No. 337-TA-935, U.S. International Trade Commission]
73. Segway v **Shenzen Inmotion** – [Inv. No. 337-TA-935, U.S. International Trade Commission]
74. ScriptPro v **Innovation** – Pharmacy Automation (2015) [2:06-cv-2468-CM-JPO U.S. Dist Court, KS]
75. ScriptPro v **Innovation** – Pharmacy Automation (2011-2015) [06-2468-CM U.S. District Court, KS]
76. Spinmaster v **YourStoreOnline** – Wall-Climbers (2009-2010) [CV 09-5803 CAS]
77. SpinMaster v **YourStoreOnline** – RC Helicopters (2009-2010) [CV 09-2121 CAS]